| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>    Telephone No: 310-826-7474<br>    Attorney For: Plaintiff | Ref. No. or File No.:<br>4849-2F | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Western District of Texas

*Plaintiff:* REDSTONE LOGICS LLC
*Defendant:* APPLE INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00183 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Plaintiff's Rule 7.1 Disclosure Statement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice Of Related Cases; Order to Transfer

3. a. Party served:         APPLE, INC.
   b. Person served:     George Martinez, Authorized to Accept service for CT Corporation System, Agent for Service of Process Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:     1999 Bryan Street Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 25 2025 (2) at: 01:45 PM

6. **Person Who Served Papers:**
   a. Kim Shaw                                              d. **The Fee** for Service was:  $170.58
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

5/1/2025
(Date)                                                                                    (Signature)



PROOF OF SERVICE

13176116
(17213488)