IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant. | NO. 7:25-cv-00183-ADA |

**NOTICE OF UNOPPOSED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

  Defendant Apple Inc. files this Notice of an Unopposed Extension of Time for Apple to File a Responsive Pleading to Plaintiff Redstone Logic LLC's ("Redstone") Complaint for Patent Infringement (ECF No. 1). Apple conferred with Redstone and requested a 45-day extension to answer or otherwise respond to the Complaint. Redstone has indicated it does not oppose the extension. The requested extension does not change the date of any hearing, trial, or other date set by this Court. The requested extension does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

  Therefore, Apple respectfully requests that the Court extend the deadline for Apple to answer, move, or otherwise respond to Redstone's Complaint from the current deadline of May 16, 2025, up to and including June 30, 2025.

Dated: May 15, 2025                           Respectfully submitted,

                                              By: */s/ Brian C. Nash*
                                              Brian C. Nash (TX Bar No. 24051103)
                                              MORRISON & FOERSTER LLP
                                              300 Colorado Street, Suite 1800
                                              Austin, TX 78701
                                              Tel.: (512) 617-0654
                                              bnash@mofo.com

                                              ***Counsel for Defendant Apple Inc.***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Apple conferred with Redstone's counsel. Redstone has agreed to Apple's request sought in this Notice.

                                                               */s/ Brian C. Nash*
                                                               Brian C. Nash

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 15, 2025.

                                                               */s/ Brian C. Nash*
                                                               Brian C. Nash