AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| REDSTONE LOGICS LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-cv-00183-ADA |
| APPLE INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                                                 .

Date:   06/11/2025                                         /s/ Qi (Peter) Tong
                                                                         *Attorney's signature*

                                                            Qi (Peter) Tong, TX SBN 24119042
                                                                *Printed name and bar number*

                                                                    Russ August & Kabat
                                                              8080 N. Central Expy., Suite 1503
                                                                      Dallas, TX 75206
                                                                           *Address*

                                                                    ptong@raklaw.com
                                                                      *E-mail address*

                                                                      (310) 826-7474
                                                                    *Telephone number*

                                                                      (310) 979-8268
                                                                      *FAX number*

Print    Save As...                                                                            Reset