UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>   *Defendant*. | Case No. 7:25-CV-00183-ADA |

**JOINT NOTICE TO DISMISS PLAINTIFF'S PRESUIT INDIRECT INFRINGEMENT CLAIMS WITHOUT PREJUDICE**

WHEREAS, the above-captioned action was by Plaintiff Redstone Logics LLC ("Redstone") against Defendant Apple Inc. ("Apple") (together "the Parties"), in the United States District Court for the Western District of Texas, Midland/Odessa Division on April 18, 2025.

WHEREAS, in the above-captioned action, Redstone alleges that certain of Apple's products infringe U.S. Patent No. 8,549,339 (the "Asserted Patent").

NOW, THEREFORE, Redstone and Apple, through their respective counsel, jointly provide notice to the Court of dismissal of the pre-suit portion of Redstone's claims of contributory infringement and induced infringement (herein, "pre-suit indirect infringement") of the Asserted Patent. Per Section VII of the Court's January 23, 2024 Standard Order Governing Proceedings (OGP) 4.4, the Parties agree that Redstone's dismissal is without prejudice and that Redstone may conduct discovery on its pre-suit indirect infringement allegations during the first three months of fact discovery.  The Parties further agree that Redstone may re-plead its pre-suit indirect infringement allegations with specificity within the first three months after discovery opens if supported by a good faith basis under Rule 11.  This joint notice is without prejudice to Apple

filing a motion to dismiss Redstone's pre-suit indirect infringement claims in the event that Redstone amends its complaint to re-allege pre-suit indirect infringement at a later date.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Shaelyn Dawson*
Brian C. Nash (TX Bar No. 24051103)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com

Richard S.J. Hung (admitted *pro hac vice*)
Shaelyn Dawson (admitted *pro hac vice*)
Karina N. Pundeff (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
kpundeff@mofo.com

Scott F. Llewellyn (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
Tel.: (303) 592-2204
sllewellyn@mofo.com

Ryan Malloy (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel.: (213) 892-5200
rmalloy@mofo.com

***Counsel for Defendant Apple Inc.***

          */s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                                             */s/ Reza Mirzaie*
                                                             Reza Mirzaie