IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

No. 7:25-cv-00183-ADA

**DECLARATION OF CATHERINE J. CANBY IN SUPPORT OF
DEFENDANT APPLE INC.'S MOTION TO DISMISS**

    I, Catherine J. Canby, declare as follows:

    1.    I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action. I am a member in good standing of the Bar of the State of Texas, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

    2.    Attached as **Exhibit 1** is a true and correct copy of a June 17, 2025, letter from Apple's counsel to Redstone's counsel.

    3.    Attached as **Exhibit 2** is a true and correct copy of a Response to Office Action, dated November 29, 2012, excerpted from the prosecution history of U.S. Patent No. 8,549,339 (highlighting added).

    4.    Attached as **Exhibit 3** is a true and correct copy of an excerpted transcript from the June 9, 2025, *Markman* hearing in *Redstone Logics LLC v. Qualcomm Inc., et al.*, Case No. 7:24-cv-00231 (W.D. Tex. June 9, 2025).

    I declare under penalty of perjury under the laws of the United States that the above

1

2

statements are true and correct.

    Executed on the 30th day of June 2025, in Austin, Texas.

                                                                        */s/* Catherine J. Canby
                                                                         Catherine J. Canby