IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | NO. 7:25-cv-00183-ADA |

**DEFENDANT APPLE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby discloses that it has no parent corporation and that there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

-1-

Dated: June 30, 2025                                    Respectfully submitted,

By: */s/ Brian C. Nash*
   Brian C. Nash (TX Bar No. 24051103)
   Regan Rundio (TX Bar. No. 24122087)
   Catherine J. Canby (TX Bar No. 21436774)
   MORRISON & FOERSTER LLP
   300 Colorado Street, Suite 1800
   Austin, TX 78701
   Tel.: (512) 617-0654
   bnash@mofo.com
   rrundio@mofo.com
   ccanby@mofo.com

   Richard S.J. Hung (*pro hac vice* pending)
   Shaelyn K. Dawson (*pro hac vice* pending)
   Karina N. Pundeff (*pro hac vice* pending)
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA 94105
   Tel.: (415) 268-7000
   rhung@mofo.com
   shaelyndawson@mofo.com
   kpundeff@mofo.com

   Ryan J. Malloy (*pro hac vice* pending)
   MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA 90017
   Tel.: (213) 892-5200
   rmalloy@mofo.com

   Scott F. Llewellyn (*pro hac vice* pending)
   MORRISON & FOERSTER LLP
   370 Seventeenth Street
   4200 Republic Plaza
   Denver, CO 80202
   Tel.: (303) 592-1500
   sllewellyn@mofo.com

   **Counsel for Defendant Apple Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 30, 2025.

                                                 */s/ Brian C. Nash*
                                                 Brian C. Nash