IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant. | No. 7:25-cv-00183-ADA |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney, Regan J. Rundio, hereby enters his appearance in this matter as counsel of record for Defendant Apple Inc. and consents to electronic service of all papers in this action.

Dated: June 30, 2025

                              Respectfully submitted,

                              By: */s/ Regan J. Rundio*
                              Regan J. Rundio (TX Bar No. 24122087)
                              MORRISON & FOERSTER LLP
                              300 Colorado Street, Suite 1800
                              Austin, TX 78701
                              Tel: (737) 309-0672
                              RRundio@mofo.com

                              ***Counsel for Defendant Apple Inc.***

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 30, 2025.

<u>/s/ Regan J. Rundio</u>
Regan J. Rundio
