**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

Plaintiff,

v.

APPLE INC.,

Defendant.

No. 7:25-cv-00183-ADA

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney, Catherine J. Canby, hereby enters her appearance in this matter as counsel of record for Defendant Apple Inc. and consents to electronic service of all papers in this action.

Dated: June 30, 2025

Respectfully submitted,

By: */s/ Catherine J. Canby*

Catherine J. Canby (TX Bar No. 24136774)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0624
CCanby@mofo.com

***Counsel for Defendant Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 30, 2025.

*/s/ Catherine J. Canby*
Catherine J. Canby