UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC,

    *Plaintiff*,

v.

APPLE INC.,

    *Defendant*.

Case No. 7:25-CV-00183-ADA

## CASE READINESS STATUS REPORT

Plaintiff Redstone Logics LLC and Defendant Apple Inc., hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* hearing has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 18, 2025. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

Defendant's Motion to Dismiss was filed on June 30, 2025.

## PENDING MOTIONS

Defendant's Motion to Dismiss Under Rule 12(b)(6) is pending. Plaintiff's response is due July 14, 2025.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are three pending related cases in this judicial district: *Redstone Logics LLC v. Qualcomm Inc. et al*, 7:24-cv-00231-ADA filed on September 20, 2024; *Redstone Logics LLC* v. *Nvidia Corporation.*, 7:25-cv-00184-ADA filed on April 18, 2025; *Redstone Logics LLC v. Advanced Micro Devices, Inc.*, 7:25-cv-00182-DC-DTG filed on April 18, 2025.  This action and the actions against NVIDIA and Advanced Micro Devices are CRSR Related Cases. Plaintiff asserts just U.S. Patent No. 8,549,339 (the "'339 patent") in all actions.

### IPR, CBM, AND OTHER PGR FILINGS

IPR2025-00085 challenging the '339 patent was filed on October 22, 2024, and the PTAB denied institution on April 22, 2025.

IPR2025-00485 challenging the '339 patent was filed on January 22, 2025, and docketed on March 12, 2025. An institution decision is expected on or before September 12, 2025. A Final Written decision is expected on or before September 12, 2026.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff's Complaint asserts one patent and one claim. Plaintiff states that it will assert additional claims in its preliminary infringement contentions.  The sole asserted patent is the '339 patent.

### APPOINTMENT OF TECHNICAL ADVISOR

Defendant does not request a technical advisor at this time.  The Parties defer to the Court on whether to appoint a technical advisor in the case to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The Parties have no pre-*Markman* issues to raise at the CMC.

- 3 -

| | |
|---|---|
| Dated:  July 7, 2025 | Respectfully submitted, |
| */s/ Brian C. Nash* | */s/ Joshua Scheufler* |
| Brian C. Nash (TX Bar No. 24051103)<br>Regan J. Rundio (TX Bar No. 24122087)<br>Catherine J. Canby (TX Bar No. 21436774)<br>MORRISON & FOERSTER LLP<br>300 Colorado Street, Suite 1800<br>Austin, TX 78701<br>Tel.: (512) 617-0654<br>bnash@mofo.com<br>rrundio@mofo.com<br>ccanby@mofo.com<br><br>Richard S.J. Hung (admitted *pro hac vice*)<br>Shaelyn Dawson (admitted *pro hac vice*)<br>Karina N. Pundeff (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel.: (415) 268-7000<br>rhung@mofo.com<br>shaelyndawson@mofo.com<br>kpundeff@mofo.com<br><br>Scott F. Llewellyn (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>Tel.: (303) 592-2204<br>sllewellyn@mofo.com<br><br>Ryan Malloy (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Tel.: (213) 892-5200<br>rmalloy@mofo.com<br><br>***Counsel for Defendant Apple Inc.*** | Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Joshua Scheufler<br>TX State Bar No. 24123406<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br>Email: rmirzaie@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: cconkle@raklaw.com<br>Email: jma@raklaw.com<br>Email : jscheufler@raklaw.com<br><br>Qi (Peter) Tong<br>TX Bar No. 24119042<br>RUSS AUGUST & KABAT<br>8080 N. Central Expy., Suite 1503<br>Dallas, TX 75206<br>Telephone: 310-826-7474<br>Email: ptong@raklaw.com<br><br>**ATTORNEYS FOR PLAINTIFF,<br>REDSTONE LOGICS LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Joshua Scheufler*
