**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC | |
| *Plaintiff,* | Case No. 7:25-cv-00183-ADA |
| v. | |
| APPLE INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**DECLARATION OF JOSHUA SCHEUFLER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Joshua, declare and state as follows:

1.      I am a member of the State Bar of Texas and am an associate at Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of https://en.wikipedia.org/wiki/Phase-locked_loop taken on August 8, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of https://www.titech.ac.jp/english/news/2020/046265#:~:text=The%20entire%20all%2Ddigital%20PLL,bring%20revolutionary%20changes%20in%20society. taken on August 8, 2025.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Patent Owner's Preliminary Response in *Mediatek, Inc. v. Redstone Logics LLC*, IPR2025-00085, Paper No. 6 (P.T.A.B. Feb. 5, 2025).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on August 11, 2025 at Houston, Texas.

*/s/ Joshua Scheufler*
Joshua Scheufler