IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 7:25-cv-00183-ADA<br><br>**Jury Trial Demanded** |

**JOINT STIPULATION REGARDING AMENDMENT TO SCHEDULING ORDER TO EXTEND CLAIM CONSTRUCTION BRIEFING DEADLINES**

Pursuant to this Court's September 18, 2025, Standing Order Regarding a Joint or Unopposed Request to Change Deadlines, Plaintiff Redstone Logics LLC and Defendant Apple Inc. hereby notify the Court of the stipulated changes to the Scheduling Order, ECF No. 25, to extend certain claim construction briefing deadlines as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Defendant files Opening Claim Construction Brief | October 27, 2025 | November 3, 2025 |
| Plaintiff files Responsive Claim Construction Brief | November 17, 2025 | November 24, 2025 |
| Defendant files Reply Claim Construction Brief | December 5, 2025 | December 12, 2025 |
| Plaintiff files Sur-Reply Claim Construction Brief | December 15, 2025 | December 22, 2025 |

The stipulated extensions are necessary to allow the parties sufficient time to meet and confer on mechanisms to avoid further briefing on terms this Court has already construed in Plaintiff's previous and co-pending cases. The amended dates do not change the date of any hearing, trial, or other Court date, and provide for the claim construction sur-reply brief to be submitted 35 days prior to the currently scheduled January 26, 2026, *Markman* hearing in this case.

1

Dated: October 23, 2025

/s/ Joshua Scheufler
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

*Attorneys for Plaintiff Redstone Logics LLC*

By: /s/ Shaelyn Dawson
Brian C. Nash (TX Bar No. 24051103)
Regan J. Rundio (TX Bar No. 24122087)
Catherine J. Canby (TX Bar No. 24136774)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com
rrundio@mofo.com
ccanby@mofo.com

Richard S.J. Hung (admitted *pro hac vice*)
Shaelyn Dawson (admitted pro hac vice)
Karina N. Pundeff (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
kpundeff@mofo.com

Scott F. Llewellyn (admitted pro hac vice)
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
Tel.: (303) 592-2204
sllewellyn@mofo.com

Ryan Malloy (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel.: (213) 892-5200
rmalloy@mofo.com

***Counsel for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 23, 2025.

                                            */s/ Shaelyn Dawson*
                                            Shaelyn Dawson