# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 7:24-cv-00231-ADA-DG |

**DECLARATION OF ERIC C. GREEN IN SUPPORT OF
DEFENDANTS' CLAIM CONSTRUCTION REPLY**

I, Eric C. Green, hereby declare as follows:

　　1.　　I am a member of the bar of the State of Texas and have been admitted to practice in the Western District of Texas. I am a partner in the firm of Norton Rose Fulbright LLP and I represent Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. in the above captioned case. I have personal knowledge of the facts stated below.

　　2.　　Attached hereto as **Exhibit 6** is a true and correct annotated copy of the paper *The First Six-Core Intel Xeon Microprocessor* excerpted from THE INTEL TECHNOLOGY JOURNAL, Volume 12, Issue 3, 2008.

　　Executed this 8th day of May, 2025, at Austin, Texas.

　　　　　　　　　　　　　　　　　　/s/ *Eric C. Green*
　　　　　　　　　　　　　　　　　　　　Eric C. Green