# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>      Plaintiff,<br> v.<br><br>QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.<br><br>      Defendants. | Case No. 7:24-cv-000231-ADA |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF'S SURREPLY CLAIM CONSTRUCTION BRIEF**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Sur-reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendants Qualcomm Inc.'s and Qualcomm Technologies, Inc.'s Disclosure of Extrinsic Evidence For Claim Construction, dated March 21, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2025 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie