# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| REDSTONE LOGICS LLC, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 7:24-cv-00231-ADA |
| QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 24), the Parties submit this Joint Claim Construction Statement. The claim terms identified below as agreed upon or being in dispute are found in U.S. Patent No. 8,549,339 (Dkt. 1-1).

## LIST OF DISPUTED TERMS

| | **Claim Term** | **Claims** | **Redstone's Proposed Construction** | **Qualcomm's Proposed Construction** |
|---|---|---|---|---|
| 1. | "the first clock signal is independent from the second clock signal" [Qualcomm Term] | 1, 21 | Plain and ordinary meaning | Plain and ordinary, which requires that the first and second clock signals depend from different reference oscillator clocks |
| 2. | "located in a periphery of the multi-core processor" [Qualcomm Term] | 5 | Plain and ordinary meaning | Indefinite |
| 3. | "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" [Qualcomm Term] | 14 | "Located in a common region of the first set of processor cores and the second set of | Indefinite |

- 2 -

| Claim Term | Claims | Redstone's Proposed Construction | Qualcomm's Proposed Construction |
|---|---|---|---|
| | | processor cores" | |

**LIST OF AGREED UPON TERMS**

| | Claim Term | Claims | Agreed Upon Construction |
|---|---|---|---|
| 4. | "a first/second set of processor cores," | 1, 21 | "a first/second group of two or more processor cores" |

- 3 -

| | |
|---|---|
| Dated: May 29, 2025 | Respectfully submitted, |
| By: /s/ Joshua Scheufler | By: /s/ Richard S. Zembek |

Reza Mirzaie, SBN 246953
**RUSS AUGUST & KABAT**
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
Joshua Scheufler, SBN330462
Email: jscheufler@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
Texas State Bar No. 24119042
**RUSS AUGUST & KABAT**
Email: ptong@raklaw.com
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

COUNSEL FOR PLAINTIFF REDSTONE LOGISTICS LLC

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal (SBN 24050923)
daniel.leventhal@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598
**COUNSEL FOR DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this May 29, 2025 with a copy of this document via the Court's CM/ECF System.

*/s/ Joshua Scheufler*
