IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant. | NO. 7:25-cv-00183-ADA<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION TO WITHDRAW**
**CATHERINE J. CANBY AS COUNSEL OF RECORD**

Defendant Apple Inc. moves to withdraw Catherine J. Canby as counsel of record. Ms. Canby has left Morrison & Foerster LLP and no longer represents Apple. Counsel from Morrison & Foerster LLP continue to represent Apple. Plaintiff Redstone Logics LLC does not oppose. Accordingly, Apple requests the Court grant this Motion to Withdraw as Counsel, that Ms. Canby be withdrawn as counsel for Apple, and that she be removed from the official service list in this action.

Dated:  January 13, 2026

/s/ Shaelyn Dawson
Brian C. Nash (TX Bar No. 24051103)
Regan J. Rundio (TX Bar No. 24122087)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com
rrundio@mofo.com

Richard S.J. Hung (admitted *pro hac vice*)
Shaelyn Dawson (admitted pro hac vice)
Karina N. Pundeff (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
kpundeff@mofo.com

Scott F. Llewellyn (admitted pro hac vice)
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
Tel.: (303) 592-2204
sllewellyn@mofo.com

Ryan Malloy (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel.: (213) 892-5200
rmalloy@mofo.com

***Counsel for Defendant Apple Inc.***

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF Electronic Filing System.

                                                      */s/ Shaelyn K. Dawson*
                                                       Shaelyn K. Dawson