# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | NO. 7:25-cv-00183-ADA<br><br>**Jury Trial Demanded** |

## ORDER

Before the Court is Apple Inc.'s Unopposed Motion to Withdraw Catherine J. Canby as Counsel of Record. That motion is **GRANTED**.

IT IS THEREFORE ORDERED that Catherine J. Canby is withdrawn as counsel of record for Apple. The Court directs the Clerk to remove Catherine J. Canby from the Court's CM/ECF service list for this cause of action.

SIGNED this _____ day of _____ 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE