UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC

vs.                                             Case No.:  7:25-cv-00183-ADA

APPLE INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Bethany Stevens , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Apple Inc.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Walker Stevens Cannom LLP with offices at:

    Mailing address:  500 Molino Street Suite 118

    City, State, Zip Code:  Los Angeles, CA 90013

    Telephone:  213.712.9145          Facsimile:  213.403.4906

2. Since  December 2006 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California . Applicant's bar license number is  245672 .

3. Applicant has been admitted to practice before the following courts:

    Court:                                                 Admission date:

    See Attachment A                                       See Attachment A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _See Attachment A_____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brian C. Nash

Mailing address: Morrison & Foerster LLP, 300 Colorado Street, Suite 1800

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 617-0654

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Bethany Stevens to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Bethany Stevens
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of January, 2026.

Bethany Stevens
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**Attachment A to Bethany Stevens Motion for Admission Pro Hac Vice**

Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| State of California | December 2006 |
| U.S.D.C. C.D. Cal. | 12/15/06 |
| U.S.D.C. N.D. Cal. | 4/14/16 |
| U.S.D.C. S.D. Cal. | 3/16/09 |
| U.S.D.C. E.D. Tex. | 10/9/15 |
| U.S.C.A. Ninth Circuit | 12/11/16 |

Applicant has previously applied to Appear Pro Hac Vice in this district court in Case[s]

- Number: 6:21-cv-00263-ADA on the 11th day of August, 2021
- Number: 6:21-cv-00165-ADA on the 4th day of February, 2022
- Number: 6:21-cv-00943-ADA on the 27th day of December, 2022
- Number: 6:22-cv-00787-ADA on the 1st day of May, 2023
- Number: 6:23-cv-00314-ADA on the 30th day of October, 2023
- Number: 7:23-cv-00077-ADA on the 16th day of August, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC

vs.                                                          Case No.: 7:25-cv-00183-ADA

APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Bethany Stevens, counsel for Apple Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Bethany Stevens may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that Bethany Stevens, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of January, 20_____.

_____
Please Choose Judge