IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Case No. 7:25-CV-00183-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

# JOINT MOTION FOR PROTECTIVE ORDER

The Parties, having met and conferred, hereby jointly request that the Court enter the Protective Order (attached hereto).

Dated: February 18, 2026

By: */s/ Reza Mirzaie*

Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
Joshua Scheufler, SBN 330462
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

Respectfully submitted,

By: */s/ Shaelyn Dawson*

Brian C. Nash (TX Bar No. 24051103)
Regan J. Rundio (TX Bar No. 24122087)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com
rrundio@mofo.com

Richard S.J. Hung (admitted *pro hac vice*)
Shaelyn Dawson (admitted *pro hac vice*)
Karina N. Pundeff (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
kpundeff@mofo.com

Scott F. Llewellyn (admitted *pro hac vice*)

1

| | |
|---|---|
| RUSS AUGUST & KABAT<br>8080 N. Central Expy., Suite 1503<br>Dallas, TX 75206<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>COUNSEL FOR PLAINTIFF REDSTONE LOGISTICS LLC | MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>Tel.: (303) 592-2204<br>sllewellyn@mofo.com<br><br>Ryan Malloy (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Tel.: (213) 892-5200<br>rmalloy@mofo.com<br><br>***Counsel for Defendant Apple Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/      *Reza Mirzaie*