IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 7:25-cv-00183-ADA |
| § | |
| APPLE INC., § | |
| § | |
| Defendant. § | |

### DEFENDANT APPLE INC.'S MOTION TO WITHDRAW COUNSEL OF RECORD

Defendant Apple Inc. moves to withdraw Regan J. Rundio as counsel of record. Mr. Rundio has left Morrison & Foerster LLP and no longer represents Apple. Counsel from Morrison & Foerster LLP continue to represent Apple. Plaintiff Redstone Logics LLC does not oppose. Accordingly, Apple requests the Court grant this Motion, that Mr. Rundio be withdrawn as counsel for Apple, and that he be removed from the official service list in this action.

Dated: February 19, 2026

*/s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com

*Counsel for Defendant Apple Inc.*