IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 7:25-cv-00183-ADA |
| APPLE INC., | § § § | |
| Defendant. | § § § | |

### ORDER

Before the Court is Apple Inc.'s Unopposed Motion to Withdraw Counsel of Record. That motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that only Regan J. Rundio is withdrawn as counsel of record for Apple. The Court directs the Clerk to remove Regan J. Rundio from the Court's CM/ECF service list for this cause of action.

SIGNED this _____ day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE