**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

REDSTONE LOGICS LLC

vs.                                                  Case No.: 7:25-cv-00183-ADA

APPLE INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Sara Doudar                                      , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent  Apple Inc.                                      in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

Morrison & Foerster LLP                                      with offices at:

Mailing address:  12531 High Bluff Drive, Suite 200

City, State, Zip Code:  San Diego, CA 92130

Telephone: (858) 720-5100                Facsimile:  (858) 720-5125

2.  Since  December 21, 2021                , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  California        .

Applicant's bar license number is  340454                                      .

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| USDC Central District of California | 02/12/2025 |
| USDC Northern District of California | 04/28/2026 |
| U.S. Patent & Trademark Office | 04/05/2022 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Brian C. Nash

Mailing address:  Morrison & Foerster LLP, 300 Colorado Street, Suite 1800

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 617-0654

Should the Court grant applicant's motion, Applicant shall tender the amount of $433.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Sara Doudar                         to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Sara Doudar
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  13th  day of  May            , 2026   .

Sara Doudar
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

REDSTONE LOGICS LLC

vs.                                                         Case No.: 7:25-cv-00183-ADA

APPLE INC.


**ORDER**

      BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Sara Doudar                                    , counsel for

Apple Inc.                                    , and the Court, having reviewed the motion, enters

the following order:

      IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Sara Doudar                              may appear on behalf of Apple Inc.                              

 in the above case.

      IT IS FURTHER ORDERED that  Sara Doudar                                    , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

      SIGNED this the _____ day of _____, 20 26_____ .


_____
UNITED STATES DISTRICT JUDGE