**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

        Plaintiff,

    v.

APPLE INC.,

        Defendant.

Case No. 7:25-cv-00183-ADA

**DECLARATION OF SHAELYN K. DAWSON
IN SUPPORT OF DEFENDANT APPLE INC.'S  MOTION
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

I, Shaelyn K. Dawson, declare as follows:

1.     I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court *pro hac vice* to represent Apple Inc. in this action.  I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2.     Attached as **Exhibit 1** is a true and correct copy of a Response to Office Action, dated November 29, 2012, excerpted from the prosecution history of U.S. Patent No. 8,549,339.

3.     Attached as **Exhibit 2** is a true and correct copy of an Applicant Initiated Interview Summary, dated December 3, 2012, excerpted from the prosecution history of U.S. Patent No. 8,549,339 (highlighting added).

4.     Attached as **Exhibit 3** is a true and correct copy of excerpts from the Decision Denying Institution of *Inter Partes* Review in *Mediatek, Inc. v. Redstone Logics LLC*, IPR2025-00085, Paper No. 7 (P.T.A.B. Apr. 22, 2025).

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the Patent Owner's Preliminary Response in *Mediatek, Inc. v. Redstone Logics LLC*, IPR2025-00085, Paper No. 6 (P.T.A.B. Feb. 5, 2025) (highlighting added).

6.      Attached as **Exhibit 5** is a true and correct copy of a June 17, 2025, letter from Apple's counsel to Redstone's counsel.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed on the 14th day of May 2026, in San Francisco, California.

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system on May 14, 2026.


 */s/ Shaelyn K. Dawson*
Shaelyn K. Dawson