**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 7:25-cv-00183-ADA |

**DECLARATION OF SHAELYN K. DAWSON
IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSED MOTION TO STAY**

I, Shaelyn K. Dawson, declare as follows:

1.     I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court *pro hac vice* to represent Apple Inc. in this action.  I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2.     The parties met and conferred on May 19 and Redstone has declined to stipulate to a stay pending reexamination.

3.     Attached as **Exhibit 1** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, dated March 6, 2026, excerpted from the prosecution history of U.S. Patent No. 8,549,339.

4.     Attached as **Exhibit 2** is a true and correct copy of Redstone's Final Infringement Contentions, dated March 9, 2026.

5.     Attached as **Exhibit 3** is a true and correct copy of a document titled, "*Ex Parte* Reexamination Filing Data" from the U.S. Patent and Trademark Office.

6.    Attached as **Exhibit 4** is a true and correct copy of excerpts of Advanced Micro Devices, Inc.'s Request for *Ex Parte* Reexamination of U.S. Patent No. 8,549,339 in *In re Patent of Wolfe, et al.*, dated December 9, 2025.

7.    Attached as **Exhibit 5** is a true and correct copy of a press release by Apple Inc. titled, "Apple introduces iPhone 7 & iPhone 7 Plus, the best, most advanced iPhone ever," dated September 7, 2016.

8.    Attached as **Exhibit 6** is a true and correct copy of Redstone's response to Interrogatory No. 6, excerpted from its Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-16), dated February 26, 2026.

9.    Attached as **Exhibit 7** is a true and correct copy of the Patent Owner's Statement in *In re Patent of Wolfe, et al.*, dated May 5, 2026.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed on the 21st day of May 2026, in San Francisco, California.


 */s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system on May 21, 2026.


 /s/ Shaelyn K. Dawson
Shaelyn K. Dawson