# EXHIBIT 3



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2025

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ………..…………………………………………… 16022

|  |  |  |
|---|---|---|
| a. By patent owner | 4039 | 25.2% |
| b. by other member of the public | 11808 | 73.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 4101 | 25.6% |
| b. Electrical Operation | 6220 | 38.8% |
| c. Mechanical Operation | 5175 | 32.3% |
| d. Design Patents | 526 | 3.3% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 417 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | 2025 | 491 |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………… 6495   40.5%

5. Decisions on requests [2] …………………………………………………………………………… 15998

|  |  |  |
|---|---|---|
| a. No. granted | 14833 | 92.7% |
| (1) By examiner | 14644 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1294 | 8.1% |
| (1) By examiner | 1165 | |
| (2) Reexam vacated | 129 | |

6. Total examiner denials (includes denials reversed by Director)………………..………………… 1138

|  |  |  |
|---|---|---|
| a. Patent owner requester | 531 | 46.7% |
| b. Third party requester | 607 | 53.3% |

7. Overall reexamination pendency (Filing date to certificate issue date).......................
      a. Average pendency                                                  25.2 (mos.)
      b. Median pendency                                                  18.9 (mos.)

8. Reexam certificate claim analysis [3]:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 16% | 0% | 22.2% | 2919 |
| b. Certificates with all claims canceled | 3% | 11% | 0% | 14.5% | 1898 |
| c. Certificates with claims changes | 21% | 41% | 1% | 63.3% | 8309 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………   13126

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                4025
          a. All claims confirmed                 859    21.3%
          b. All claims canceled                 413    10.3%
          c. Claims changed                   2753    68.4%
    b. Certificates – 3rd PARTY REQUESTER                   8927
          a. All claims confirmed               2043    22.9%
          b. All claims canceled               1439    16.1%
          c. Claims changed                 5445    61.0%
    c. Certificates – COMMISSIONER INITIATED REEXAM     174
          a. All claims confirmed                 17    9.8%
          b. All claims canceled                 46    26.4%
          c. Claims changed                 111    63.8%

---

1 Total decisions on requests does not include requests that did not receive a filing date or have been vacated or are pending

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Claims analysis is only of requested claims and certificates of merged reexams are only counted once. Reexaminations merged with reissues are not include in analysis



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ………….………………………………………… 15541

| | | |
|---|---|---|
| a. By patent owner | 4066 | 26.2% |
| b. by other member of the public | 11300 | 72.7% |
| c. By order of Commissioner | 175 | 1.1% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 4032 | 25.9% |
| b. Electrical Operation | 5978 | 38.5% |
| c. Mechanical Operation | 5095 | 32.8% |
| d. Design Patents | 436 | 2.8% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation……………………………………………………………………… 6099   39.2%

5. Decisions on requests [2] ……………………………………………………………………… 15536

| | | |
|---|---|---|
| a. No. granted | 14386 | 92.6% |
| (1) By examiner | 14197 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1244 | 8.0% |
| (1) By examiner | 1150 | |
| (2) Reexam vacated | 94 | |

6. Total examiner denials (includes denials reversed by Director)……………….……………… 1138

| | | |
|---|---|---|
| a. Patent owner requester | 533 | 46.8% |
| b. Third party requester | 605 | 53.2% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

       a. Average pendency                                                      25.1 (mos.)

       b. Median pendency                                                      18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………     12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | | |
|---|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | | 6853 |
|     a. All claims confirmed | | 1620 | 23.6% |
|     b. All claims canceled | | 781 | 11.4% |
|     c. Claims changed | | 4452 | 65.0% |
| b. Certificates – 3rd PARTY REQUESTER | | | 5794 |
|     a. All claims confirmed | | 1172 | 20.2% |
|     b. All claims canceled | | 980 | 16.9% |
|     c. Claims changed | | 3642 | 62.9% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | | 174 |
|     a. All claims confirmed | | 17 | 9.8% |
|     b. All claims canceled | | 46 | 26.4% |
|     c. Claims changed | | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]..............….................................................  15114
    a. By patent owner      4027    26.6%
    b. by other member of the public      10912    72.2%
    c. By order of Commissioner      175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation      3977    26.3%
    b. Electrical Operation      5796    38.3%
    c. Mechanical Operation      4989    33.0%
    d. Design Patents      352    2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………………………………………………………………………  5593    37.0%

5. Decisions on requests [2] ……………………………………………………………………………………  14485
    a. No. granted      13376    92.3%
        (1) By examiner      13187
        (2) By Director (on petition)      189
    b. No. denied      1198    8.3%
        (1) By examiner      1109
        (2) Reexam vacated      89

6. Total examiner denials (includes denials reversed by Director)………………..……………  1110
    a. Patent owner requester      526    47.4%
    b. Third party requester      584    52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                        25.2 (mos.)

    b. Median pendency                                       18.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER                   3983

        a. All claims confirmed                     854   21.4%

        b. All claims canceled                     400   10.0%

        c. Claims changed                        2729   68.5%

    b. Certificates – 3rd PARTY REQUESTER                     8226

        a. All claims confirmed                 1804   21.9%

        b. All claims canceled                 1250   15.2%

        c. Claims changed                    5172   62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM         174

        a. All claims confirmed                   17    9.8%

        b. All claims canceled                  46   26.4%

        c. Claims changed                   111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]...............................................  14827
  a. By patent owner                                                4001    27.0%
  b. by other member of the public                                  10651   71.8%
  c. By order of Commissioner                                       175     1.2%

2. Number of Filings by discipline
  a. Chemical Operation                                             3937    26.6%
  b. Electrical Operation                                           5644    38.1%
  c. Mechanical Operation                                           4917    33.2%
  d. Design Patents                                                 329     2.2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation...................................................................  5592    37.7%

5. Decisions on requests [2] ........................................................................  14485
  a. No. granted                                                    13376   92.3%
    (1) By examiner                                                 13187
    (2) By Director (on petition)                                   189
  b. No. denied                                                     1198    8.3%
    (1) By examiner                                                 1109
    (2) Reexam vacated                                              89

6. Total examiner denials (includes denials reversed by Director)...................  1110
  a. Patent owner requester                                         526     47.4%
  b. Third party requester                                          584     52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

     a. Average pendency                                                  25.0 (mos.)

     b. Median pendency                                              19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………     12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

     a. Certificates – PATENT OWNER REQUESTER                3980

          a. All claims confirmed            851     21.4%

          b. All claims canceled            395     9.9%

          c. Claims changed               2734    68.7%

     b. Certificates – 3rd PARTY REQUESTER                  8008

          a. All claims confirmed          1724    21.5%

          b. All claims canceled         1182    14.8%

          c. Claims changed               5102    63.7%

     c. Certificates – COMMISSIONER INITIATED REEXAM      174

          a. All claims confirmed             17     9.8%

          b. All claims canceled           46     26.4%

          c. Claims changed              111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]...............................................................    14489
    a. By patent owner    3979    27.5%
    b. by other member of the public    10335    71.3%
    c. By order of Commissioner    175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation    3889    26.8%
    b. Electrical Operation    5452    37.6%
    c. Mechanical Operation    4844    33.4%
    d. Design Patents    304    2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation.................................................................................    5593    38.6%

5. Decisions on requests [2] ...........................................................................................    14491
    a. No. granted    13386    92.4%
        (1) By examiner    13197
        (2) By Director (on petition)    189
    b. No. denied    1185    8.2%
        (1) By examiner    1105
        (2) Reexam vacated    80

6. Total examiner denials (includes denials reversed by Director)...................................    1105
    a. Patent owner requester    526    47.6%
    b. Third party requester    579    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

     a. Average pendency                                               26.0 (mos.)

     b. Median pendency                                                 19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

     a. Certificates – PATENT OWNER REQUESTER                   3957

          a. All claims confirmed                846    21.4%

          b. All claims canceled                386     9.8%

          c. Claims changed                  2725   68.9%

     b. Certificates – 3rd PARTY REQUESTER                      7812

          a. All claims confirmed             1667   21.3%

          b. All claims canceled             1127   14.4%

          c. Claims changed                5018   64.2%

     c. Certificates – COMMISSIONER INITIATED REEXAM         174

          a. All claims confirmed                 17     9.8%

          b. All claims canceled                46   26.4%

          c. Claims changed                 111   63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]………..……….……………………………………… 14185
    a. By patent owner    3954   27.9%
    b. by other member of the public    10056   70.9%
    c. By order of Commissioner    175   1.2%

2. Number of Filings by discipline
    a. Chemical Operation    3843   27.1%
    b. Electrical Operation    5279   37.2%
    c. Mechanical Operation    4790   33.8%
    d. Design Patents    273   1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation………..……………………………………………………………… 5428   38.3%

5. Decisions on requests [2] ……………..…………………………………………………………… 14185
    a. No. granted    13082   92.2%
        (1) By examiner    12888
        (2) By Director (on petition)    194
    b. No. denied    1183   8.3%
        (1) By examiner    1103
        (2) Reexam vacated    80

6. Total examiner denials (includes denials reversed by Director)………………..………………… 1103
    a. Patent owner requester    525   47.6%
    b. Third party requester    578   52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                         25.7 (mos.)

    b. Median pendency                                          19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3960 |
|     a. All claims confirmed | 809 | 20.4% |
|     b. All claims canceled | 396 | 10.0% |
|     c. Claims changed | 2755 | 69.6% |
| b. Certificates – 3rd PARTY REQUESTER | | 8630 |
|     a. All claims confirmed | 1846 | 21.4% |
|     b. All claims canceled | 1226 | 14.2% |
|     c. Claims changed | 5558 | 64.4% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 17 | 9.8% |
|     b. All claims canceled | 46 | 26.4% |
|     c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]...............................................................    13987
    a. By patent owner    3919    28%
    b. by other member of the public    9893    71%
    c. By order of Commissioner    175    1%

2. Number of Filings by discipline
    a. Chemical Operation    3791    27%
    b. Electrical Operation    5214    37%
    c. Mechanical Operation    4732    34%
    d. Design Patents    250    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 |  |  |

4. Number known to be in litigation...........................................................................................    1938    14%

5. Decisions on requests [2] .................................................................................................    14130
    a. No. granted    12905    91%
        (1) By examiner    12718
        (2) By Director (on petition)    187
    b. No. denied    1277    9%
        (1) By examiner    1225
        (2) Reexam vacated    52

6. Total examiner denials (includes denials reversed by Director)...............................    1226
    a. Patent owner requester    524    43%
    b. Third party requester    702    57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).........................

        a. Average pendency                                                                 25.8 (mos.)

        b. Median pendency                                                              19.4 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………      11980

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | Numbers | Overall |
|---|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | | 3325 |
| | a. All claims confirmed | 693 | 21% |
| | b. All claims canceled | 300 | 9% |
| | c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | | 8481 |
| | a. All claims confirmed | 1769 | 21% |
| | b. All claims canceled | 1170 | 14% |
| | c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | | 174 |
| | a. All claims confirmed | 18 | 10% |
| | b. All claims canceled | 47 | 27% |
| | c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81. [1] …………………………………………………… 13824

|  |  |  |
|---|---|---|
| a. By patent owner | 3910 | 28% |
| b. by other member of the public | 9739 | 70% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3741 | 27% |
| b. Electrical Operation | 5160 | 37% |
| c. Mechanical Operation | 4681 | 34% |
| d. Design Patents | 242 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 |  |  |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 |  |  |

4. Number known to be in litigation…………..………………………………………………………. 1854    13%

5. Decisions on requests [2] ……………………………………………………………………………….. 13966

|  |  |  |
|---|---|---|
| a. No. granted | 12745 | 91% |
| (1) By examiner | 12561 |  |
| (2) By Director (on petition) | 184 |  |
| b. No. denied | 1272 | 9% |
| (1) By examiner | 1221 |  |
| (2) Reexam vacated | 51 |  |

6. Total examiner denials (includes denials reversed by Director)……………..……………… 1222

|  |  |  |
|---|---|---|
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 698 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

|  |  |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

|  | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% | 2473 |
| b. All claims canceled | 3% | 10% | 0% | 13% | 1504 |
| c. Claims changed | 20% | 46% | 1% | 67% | 7962 |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11939

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3323 |
| a. All claims confirmed | 693 | 21% |
| b. All claims canceled | 299 | 9% |
| c. Claims changed | 2331 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8442 |
| a. All claims confirmed | 1762 | 21% |
| b. All claims canceled | 1158 | 14% |
| c. Claims changed | 5522 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
| a. All claims confirmed | 18 | 10% |
| b. All claims canceled | 47 | 27% |
| c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81…………………………………………………… 13641
    a. By patent owner    3912    29%
    b. by other member of the public    9686    71%
    c. By order of Commissioner    43    0%

2. Number of Filings by dicipline
    a. Chemical Operation    3670    27%
    b. Electrical Operation    5148    38%
    c. Mechanical Operation    4596    34%
    d. Design Patents    227    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation………………………………………………………………………………… 4648    34%

5. Decisions on requests………………………………………………………………………………… 13147
    a. No. granted    12047    92%
        (1) By examiner    11913
        (2) By Director (on petition)    134
    b. No. denied    1100    8%
        (1) By examiner    1054
        (2) Reexam vacated    46

6. Total examiner denials (includes denials reversed by Director)……………..………………… 1056
    a. Patent owner requester    494    47%
    b. Third party requester    562    53%

7. Overall reexamination pendency (Filing date to certificate issue date)…………………….
    a. Average pendency    26.4 (mos.)
    b. Median pendency    19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 46% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.