# EXHIBIT 5

## Newsroom

PRESS RELEASE
September 7, 2016

# Apple introduces iPhone 7 & iPhone 7 Plus, the best, most advanced iPhone ever

Including Breakthrough New Camera Systems, the Best Battery Life Ever in an iPhone and Water & Dust Resistance



iPhone 7 and iPhone 7 Plus feature breakthrough new camera systems, the best battery life ever on an iPhone, and water and dust resistance.    ↓

San Francisco — Apple today introduced iPhone 7 and iPhone 7 Plus, the best, most advanced iPhone ever, packed with unique innovations that improve all the ways iPhone is used every day. The new iPhone features new advanced camera systems that take pictures like never before, more power and performance with the best battery life ever in an iPhone, immersive stereo speakers, wide color system from camera to display, two new beautiful finishes, and is the first water and dust resistant iPhone. iPhone 7 and iPhone 7 Plus will be available in more than 25 countries beginning Friday, September 16.

"iPhone 7 and iPhone 7 Plus dramatically improve every aspect of the iPhone experience, reaching a new level of innovation and precision to make this the best iPhone we have ever made," said Philip Schiller, Apple's senior vice president of Worldwide Marketing. "The completely redesigned cameras shoot incredible photos and videos day or night, the A10 Fusion chip is the most powerful chip on any smartphone while delivering the best battery life ever in an iPhone, and an entirely new stereo speaker system provides twice the sound, all within the first water and dust resistant iPhone."



The 12-megapixel camera on both iPhone 7 and iPhone 7 Plus includes optical image    ↓
stabilization, a larger ƒ/1.8 aperture and 6-element lens enabling brighter, more
detailed photos and videos.

## New Advanced Camera Systems

iPhone 7 and iPhone 7 Plus take the world's most popular camera and make it even better with entirely new camera systems. The 12-megapixel camera includes optical image stabilization on both iPhone 7 and iPhone 7 Plus, and a larger ƒ/1.8 aperture and 6-element lens enable brighter, more detailed photos and videos, and a wide color capture allows for more vibrant colors with more detail. iPhone 7 Plus features the same 12-megapixel wide angle camera as iPhone 7 and adds a 12-megapixel telephoto camera that together offer optical zoom at two times and up to 10 times digital zoom for photos.



The dual 12-megapixel cameras on iPhone 7 Plus work together to offer 2x optical    ↓
zoom and up to 10x digital zoom for photos.

Coming later this year, the dual 12-megapixel cameras also enable a new depth-of-field effect, using both cameras on iPhone 7 Plus to capture images, while sophisticated technology including Machine

Learning separates the background from the foreground to achieve amazing portraits once possible only with DSLR cameras.

Additional Camera Advancements Include:

- New Apple-designed Image Signal Processor, which processes over 100 billion operations on a single photo in as little as 25 milliseconds, resulting in incredible photos and videos;
- New 7-megapixel FaceTime HD camera with wide color capture, advanced pixel technology and auto image stabilization for even better selfies; and
- New Quad-LED True Tone flash that is 50 percent brighter than iPhone 6s including an innovative sensor that detects the flickering in lights and compensates for it in videos and photos.



The Apple A10 Fusion is the most powerful chip ever in a smartphone, while also getting more time between charges with the longest battery life ever in an iPhone.    ↓

## More Performance & Battery Life

The new custom-designed Apple A10 Fusion chip features a new architecture that powers these innovations, making it the most powerful chip ever in a smartphone, while also getting more time between charges with the longest battery life ever in an iPhone. The A10 Fusion's CPU now has four cores, seamlessly integrating two high-performance cores that run up to two times faster than iPhone 6, and two high-efficiency cores that are capable of running at just one-fifth the power of the high-performance cores. Graphics performance is also more powerful, running up to three times faster than iPhone 6 at as little as half the power, enabling a new level of gaming and professional apps.

Both phones include support for up to 25 LTE bands, for the best worldwide roaming in the industry, and LTE Advanced for three times faster data rates than iPhone 6 at up to 450 Mbps.[1] For customers in Japan, iPhone will now support the leading FeliCa contactless technology, bringing the ability to use credit and prepaid cards, including on iD and QuicPay domestic networks, and Suica, Japan's dominant transit card issued by JR East, the world's largest transit operator.

## An Amazing Audio Experience

New stereo speakers offer amazing and immersive sound that is two times louder than iPhone 6s, offering increased dynamic range of sound and a higher quality speakerphone. The new iPhone comes with EarPods with Lightning connector to deliver incredible sound, as well as a 3.5 mm headphone jack adapter that allows customers to use old headphones and accessories.



AirPods introduce an effortless wireless listening experience packed with high quality audio and long battery life, coming in late October.

New AirPods, Apple's innovative new wireless headphones, weave simplicity and technology together to reinvent the wireless experience making headphones easy to use. Featuring the new Apple W1 chip, AirPods have extremely efficient wireless communication for a better connection, improved sound and industry-leading battery life. AirPods harness the power of Siri, allowing you to access your favorite personal assistant with just a double tap.

## Design That Makes a Splash

The iPhone 7 and iPhone 7 Plus come in a gorgeous design in silver, gold and rose gold finishes and introduce two all-new black finishes, a beautiful black finish that has an anodized matte appearance, and an innovative jet black finish that has a deep, high-gloss look. The new jet black finish is accomplished through an innovative nine-step process of anodization and polish for a uniform, glossy finish. An entirely reengineered enclosure results in a water resistant iPhone offering protection like never before against spills, splashes and dust.[2]



iPhone 7 comes in five colors including two all-new black finishes: a beautiful black
matte finish and an innovative jet black finish with a deep high gloss look.          ↓

The new iPhone features the brightest, most colorful Retina HD display ever in an iPhone, now with a wide color gamut for cinema-standard colors, greater color saturation and the best color management in the smartphone industry. An all-new, advanced, solid-state Home button on iPhone 7 is designed to be durable and responsive, and working in tandem with the new Taptic Engine, provides more precise and customizable tactile feedback.

## Featuring iOS 10, the Biggest iOS Release Ever

iPhone 7 and iPhone 7 Plus come with iOS 10, the biggest release ever of the world's most advanced mobile operating system. iOS 10 introduces a huge update to Messages that delivers more expressive and animated ways to message friends and family, the ability for Siri to do more by working with apps, new ways to interact with apps and even more places to use 3D Touch, beautifully redesigned Maps, Photos, Apple Music and News apps, and the Home app, delivering a simple and secure way to manage home automation products in one place. iOS 10 also opens up incredible opportunities for developers with Siri, Maps, Phone and Messages APIs, allowing customers to do more than ever with the apps they love to use.

## Pricing & Availability

- iPhone 7 and iPhone 7 Plus will be available in silver, gold, rose gold and the new black finish in 32GB, 128GB and 256GB models starting at **$649 (US)**, and the new jet black finish will be offered exclusively on the 128GB and 256GB models from apple.com, Apple Stores, Apple Authorized Resellers and select carriers.

- Through Apple's iPhone Upgrade Program, customers in the US, and for the first time in the UK and China, can get an unlocked iPhone 7 or iPhone 7 Plus, with the protection of AppleCare+, choose their carrier and have the opportunity to upgrade to a new iPhone every year. The iPhone Upgrade Program is available at apple.com and Apple Stores in the US with monthly payments starting at $32.[3]

- Customers will be able to order iPhone 7 and iPhone 7 Plus beginning Friday, September 9, with availability beginning Friday, September 16, in *Australia, Austria, Belgium, Canada, China, Denmark, Finland, France, Germany, Hong Kong, Ireland, Italy, Japan, Luxembourg, Mexico, Netherlands, New Zealand, Norway, Portugal, Puerto Rico, Singapore, Spain, Sweden, Switzerland, Taiwan, UAE, the UK, US Virgin Islands and the US*.

- iPhone 7 and iPhone 7 Plus will be available in *Andorra, Bahrain, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Estonia, Greece, Greenland, Guernsey, Hungary, Iceland, Isle of Man, Jersey, Kosovo, Kuwait, Latvia, Liechtenstein, Lithuania, Maldives, Malta, Monaco, Poland, Qatar, Romania, Russia, Saudi Arabia, Slovakia and Slovenia* beginning Friday, September 23. iPhone 7 and iPhone 7 Plus will also be available to customers in *India* beginning Friday, October 7.

- The new Apple-designed wireless AirPods including charging case will be available for **$159 (US)** from apple.com and Apple Stores beginning in late October. All iPhone 7 and iPhone 7 Plus models will include EarPods with Lightning Connector and a Lightning to

3.5 mm Headphone Jack Adapter, also sold separately at apple.com and Apple Stores, for **$29 (US)** and **$9 (US)**, respectively.

- Apple-designed accessories including leather and silicone cases in a range of colors will be available starting at **$35 (US)** and iPhone 7 Smart Battery Case will be offered in black and white for **$99 (US)** from apple.com and Apple Stores. Lightning Docks in several color-matching metallic finishes will also be available for **$49 (US)**.

- Every customer who buys iPhone 7 or iPhone 7 Plus from Apple will be offered free Personal Setup, in-store or online[4], to help them customize their iPhone by setting up email, showing them new apps from the App Store and more.

- Anyone who wants to learn more about iPhone 7, iPhone 7 Plus or iOS 10 can register for the free workshops offered at every Apple Store.

The splash & water resistant iPhone 7 and iPhone 7 Plus with breakthrough new camera systems & the best iPhone battery life ever
Watch video ▶

The design precision of iPhone 7 and iPhone 7 Plus
Watch video ▶

**Photos of iPhone 7 and iPhone 7 Plus**
Download all media ⬇

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

[1]Data plan required. LTE is available in select markets and through select carriers. Speeds vary based on site conditions and carrier. For details on LTE support, contact your carrier and see apple.com/iphone/LTE.

[2]iPhone 7 and iPhone 7 Plus are splash, water and dust resistant and were tested under controlled laboratory conditions with a rating of IP67 under IEC standard 60529. Splash, water and dust resistance are not permanent conditions and resistance might decrease as a result of normal wear. Do not attempt to charge a wet iPhone; refer to the user guide for cleaning and drying instructions. Liquid damage not covered under warranty.

[3]Prices are rounded to nearest dollar and are based on a 24-month installment loan. Full terms and conditions apply.

[4]In most countries.

## Press Contacts

### Apple Media Helpline
[media.help@apple.com](mailto:media.help@apple.com)

### Apple Media Helpline
[media.uk@apple.com](mailto:media.uk@apple.com)



**The latest news and updates,
direct from Apple.**

**Read more**

Newsroom        Apple introduces iPhone 7 & iPhone 7 Plus

Shop and Learn                                                                                     ⌄

Apple Wallet                                                                                        ⌄

Account                                                                                            ⌄

Entertainment                                                                                      ⌄

Apple Store                                                                                        ⌄

For Business                                                                                       ⌄

For Education                                                                                      ⌄

For Healthcare                                                                                     ⌄

For Government                                                                                     ⌄

Apple Values                                                                                       ⌄

About Apple                                                                                        ⌄

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE (1-800-692-7753).

United States    Español

Copyright © 2026 Apple Inc. All rights reserved.

Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map