**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No. 7:25-cv-00183-ADA |

**ORDER GRANTING APPLE INC.'S MOTION TO STAY**

The Court has considered Apple's Motion to Stay and is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.

1