AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

REDSTONE LOGICS LLC,                )
_____      )
*Plaintiff*                           )
v.                                    )    Case No.    7:25-cv-00183-ADA
APPLE INC.                            )
_____      )
*Defendant*                           )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REDSTONE LOGICS LLC                                                          .

Date:      05/27/2026                                    /s/ Benjamin T. Wang
                                                       _____
                                                            *Attorney's signature*


                                                       Benjamin T. Wang (CA SBN 228712)
                                                       _____
                                                           *Printed name and bar number*

                                                       Russ August & Kabat
                                                       12424 Wilshire Blvd., 12th Floor
                                                       Los Angeles, CA 90025
                                                       _____
                                                                    *Address*

                                                       bwang@raklaw.com
                                                       _____
                                                                *E-mail address*

                                                       (310) 826-7474
                                                       _____
                                                             *Telephone number*

                                                       (310) 826-6991
                                                       _____
                                                               *FAX number*

| Print | Save As... | | Reset |