**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC

> *Plaintiff,*

v.

APPLE INC.,

> *Defendant.*

Case No. 7:25-cv-00183-ADA

**JURY TRIAL DEMANDED**

**DECLARATION OF JOSHUA SCHEUFLER IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**
**SECOND AMENDED COMPLAINT**

I, Joshua, declare and state as follows:

1.      I am a member of the State Bar of Texas and am an associate at Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of https://en.wikipedia.org/wiki/Phase-locked_loop taken on August 8, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of https://www.titech.ac.jp/english/news/2020/046265#:~:text=The%20entire%20all%2Ddigital%20PLL,bring%20revolutionary%20changes%20in%20society. taken on August 8, 2025.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Patent Owner's Preliminary Response in *Mediatek, Inc. v. Redstone Logics LLC*, IPR2025-00085, Paper No. 6 (P.T.A.B. Feb. 5, 2025).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 28, 2026 at Houston, Texas.

*/s/ Joshua Scheufler*
Joshua Scheufler