# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

REDSTONE LOGICS LLC

      *Plaintiff,*

    v.

APPLE INC.,

      *Defendant.*

Case No. 7:25-cv-00183-ADA

**JURY TRIAL DEMANDED**

## DECLARATION OF REZA MIRZAIE IN SUPPORT OF
## PLAINTIFF'S OPPOSITION TO APPLE INC.'S OPPOSED MOTION TO STAY

I, Reza Mirzaie, declare and state as follows:

1.      I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Apple Inc.'s Opposed Motion to Stay. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Patent Assignment Cover Sheet, bates stamped at RED-APPLE_00000423.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an email from counsel for Defendant to counsel for Plaintiff regarding staying the proceedings, dated March 27, 2026.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 28, 2026 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie