# Exhibit 1

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                              EPAS ID: PAT8111376
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| EMPIRE TECHNOLGY DEVELOPMENT, LLC | 12/12/2022 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | REDSTONE LOGICS, LLC |
| Street Address: | 2150 S. CENTRAL EXPRESSWAY |
| Internal Address: | SUITE 200 |
| City: | MCKINNEY |
| State/Country: | TEXAS |
| Postal Code: | 75070 |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number |
|---|---|
| Patent Number: | 8615633 |
| Patent Number: | 8549339 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (631)844-0081 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 6318440080 |
| Email: | John@tb-iplaw.com |
| Correspondent Name: | JOHN TUTUNJIAN |
| Address Line 1: | 401 BROADHOLLOW ROAD |
| Address Line 2: | SUITE 402 |
| Address Line 4: | MELVILLE, NEW YORK 11747 |

| ATTORNEY DOCKET NUMBER: | 569-0 |
|---|---|
| NAME OF SUBMITTER: | JOHN TUTUNJIAN |
| SIGNATURE: | /j tutunjian/ |
| DATE SIGNED: | 08/14/2023 |

**Total Attachments: 3**
source=Empire to Redstone Assignment#page1.tif
source=Empire to Redstone Assignment#page2.tif
source=Empire to Redstone Assignment#page3.tif

508064222

PATENT
REEL: 064575 FRAME: 0934

RED_APPLE_00000423