# Exhibit 2

**From:** **Lane, Jackson T.** JLane@mofo.com 📎
**Subject:** Redstone v. Apple -- Motion to Stay Proceedings
**Date:** March 27, 2026 at 4:45 PM
**To:** Rak Redstone rak_redstone@raklaw.com
**Cc:** MoFo-Apple_Redstone MoFo-Apple_Redstone@mofo.com

Counsel,

As you know, the PTO has ordered reexamination of all asserted claims of the '339 patent. Given the potential for the Office to cancel or otherwise significantly alter all asserted claims, we are considering a motion to stay proceedings in this case pending the outcome of that reexamination.

Please let us know whether you agree to a joint motion for a stay.

Thanks,
Jack

**Jack Lane**
Associate
JLane@mofo.com
T  +1 (415) 268-6325
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

## MORRISON FOERSTER

mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.