**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

       Plaintiff,

v.

APPLE INC.,

       Defendant.

Case No. 7:25-cv-00183-ADA

## ORDER DENYING APPLE INC.'S MOTION TO STAY

The Court has considered Apple's Motion to Stay and is of the opinion that the Motion should be DENIED.

IT IS SO ORDERED.

SIGNED 06/10/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1