**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 7:25-cv-00183-ADA |

## ORDER ON MOTION FOR RECONSIDERATION

Before the Court is Defendant Apple Inc.'s Motion for Reconsideration of the Court's June 10, 2026, Order Denying Apple's Motion to Stay (the "Motion for Reconsideration"). Having considered the Motion for Reconsideration, any opposition thereto, and the applicable facts and law, the Court is of the opinion that it should be **GRANTED**.

In view of this Court's subsequent order staying the related Redstone action against Qualcomm in Case No. 7:24-cv-00231 at Dkt. 67, the Court finds that a stay is warranted here as well. IT IS, THEREFORE, ORDERED that the above-captioned case is STAYED for all purposes until further Order of the Court.

SIGNED this _____ day of _____, 2026.

BY THE COURT:

_____
United States District Judge