**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

Case No. 7:25-cv-00183-ADA

**DEFENDANT APPLE INC.'S UNOPPOSED**
**MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Pursuant to this Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases, Defendant Apple Inc. ("Apple") files this unopposed motion for leave to amend its invalidity contentions, based on discovery obtained following service of the Final Invalidity Contentions.  Plaintiff Redstone Logics LLC ("Redstone") does not oppose this Motion.

Apple timely served its Final Invalidity Contentions on March 9, 2026, which was this Court's deadline for serving Final Invalidity Contentions.  (*See* ECF No. 25.)  Immediately after fact discovery opened—and over a month before its deadline to serve Final Invalidity Contentions—Apple served third-party discovery requests regarding its invalidity references. After service of its Contentions, Apple received a production in response to that third-party discovery that revealed additional relevant information regarding its invalidity references.

Apple provided Redstone with the third-party production when it received the production, and it has served its amended Final Invalidity Contentions.  Discovery is not set to close until August 10, 2026.

Dated: July 20, 2026

Respectfully submitted,

By: */s/ Shaelyn K. Dawson*
    Brian C. Nash (TX Bar No. 24051103)
    MORRISON & FOERSTER LLP
    300 Colorado Street, Suite 1800
    Austin, TX 78701
    Tel.: (512) 617-0654
    bnash@mofo.com

    Richard S.J. Hung (admitted *pro hac vice*)
    Shaelyn K. Dawson (admitted *pro hac vice*)
    Karina N. Pundeff (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105
    Tel.: (415) 268-7000
    rhung@mofo.com
    shaelyndawson@mofo.com
    kpundeff@mofo.com

    Ryan J. Malloy (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA 90017
    Tel.: (213) 892-5200
    rmalloy@mofo.com

    Scott F. Llewellyn (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    370 Seventeenth Street
    4200 Republic Plaza
    Denver, CO 80202
    Tel.: (303) 592-1500
    sllewellyn@mofo.com

    Sara Doudar (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 200
    San Diego, CA 92130
    Tel.: (858) 720-5100
    sdoudar@mofo.com

    ***Counsel for Defendant Apple Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system on July 20, 2026.


*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson