**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

        Plaintiff,

    v.

APPLE INC.,

        Defendant.

Case No. 7:25-cv-00183-ADA

**<u>DECLARATION OF SHAELYN DAWSON IN SUPPORT OF
DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND
INVALIDITY CONTENTIONS</u>**

I, Shaelyn Dawson, hereby declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, counsel of record in this action for Apple Inc. ("Apple"). I am a member in good standing of the Bar of the State of California. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of Apple's Exhibit 40 to its Final Invalidity Contentions, served March 9, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of Apple's Exhibit 41 to its Final Invalidity Contentions, served March 9, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of Apple's proposed amended Exhibit 40 to its Final Invalidity Contentions.

5. Attached as **Exhibit 4** is a true and correct copy of Apple's proposed amended Exhibit 41 to its Final Invalidity Contentions.

I declare under penalty of perjury that the above statements are true and correct.

Executed on this 20th day of July, 2026, in San Francisco, California.


Dated: July 20, 2026                                    /s/ Shaelyn K. Dawson
                                                        Shaelyn Dawson

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system on July 20, 2026.

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson