# EXHIBIT 1

*Redstone Logics LLC v. Apple Inc.*, 7:25-cv-00183-ADA

**Exhibit 40: Invalidity Claim Chart for U.S. Patent No. 8,549,339**

Apple Inc. hereby contends that the asserted claims are invalid as anticipated by the Intel Nehalem 8-Core Processor, which constitutes a prior art reference under various subsections of 35 U.S.C. § 102 and/or as obvious under 35 U.S.C. § 103 in view of the prior art reference alone, combined with the knowledge of a person of ordinary skill in the art, and/or in combination with other references in Apple's Invalidity Contentions. The chart below discloses how the prior art reference discloses, either expressly or inherently, and/or renders obvious each of the asserted claims.

The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Apple has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Apple reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the Asserted Patent); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions.

This invalidity claim chart is based on Apple's present understanding of the asserted claims and/or Redstone Logics LLC's apparent construction of the claims, as set forth in Redstone's Infringement Contentions. To the extent this invalidity claim chart is based on Redstone's apparent constructions, Apple is not adopting Redstone's apparent constructions, nor is Apple agreeing that any of Redstone's apparent constructions are correct. Apple reserves all rights to advance claim construction positions different from Redstone's apparent constructions.

The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, to the extent Apple asserts that a claim is indefinite, Apple has used its best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references.

Where Apple cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Apple cites to particular text concerning a drawing or figure,

1

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Apple reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Redstone. Apple may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

As set forth in Apple's Invalidity Contentions, the below contentions apply the prior art in part in accordance with Apple's assumption that Redstone contends the claims are not invalid under 35 U.S.C. § 112. However, Apple's below contentions do not represent Apple's agreement or view as to the meaning, definiteness, written description support for, or enablement of any claim of the Asserted Patent, or that the Asserted Patent properly discloses structures corresponding to functions in any claims.  For each dependent claim, the disclosures cited for the claim for which it depends are incorporated by reference.

At present, Apple understands relevant features of the Intel Nehalem 8-Core Processor are described and/or shown in at least:
- Rusu et al, *A 45nm 8-Core Enterprise Xeon Processor*, 2009 IEEE International Solid-State Circuits Conference 55 (2009) (hereinafter "2009 IEEE").
- Rusu, Multi-Domain Processors Design Overview, ISCA Tutorial on *Multi-domain Processors: Challenges, Design Methods, and Recent Developments* (June 2010) (hereinafter "2010 ISCA").
- Rusu, *Nehalem-EX: A 45nm, 8-core Enterprise Processor* Presentation (hereinafter "Nehalem-EX")
- Rusu et al., *Power Reduction Techniques for an 8-core Xeon Processor*, 2009 Proceedings of ESSCIRC (Sept. 2009) (hereinafter "2009 ESSCIRC")
- Tam et al., *Clock Generation & Distribution for a 45nm, 8-Core Xeon Processor with 24MB Cache*, 2009 Symposium on VLSI Circuits, Kyoto, Japan 154 (2009) (hereinafter "2009 SVLSIC").
- Kottapalli et al., *Nehalem-EX CPU Architecture*, Hot Chips 2009 (Sept. 10, 2009) (hereinafter "2009 Hot Chips").

Apple intends to seek additional relevant information from Intel regarding the Nehalem 8-Core Processor and will seasonably amend this chart when it obtains such information.

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| **[1.PRE]** A multi-core processor, comprising: | To the extent the preamble is limiting, Apple expects to show that the Nehalem 8-Core Processor embodies a multi-core processor.<br><br>*See, e.g.*:<br><br>"The next-generation enterprise Xeon® server processor consists of eight dual threaded 64b Nehalem cores and a shared L3 cache. The system interface includes two on-chip memory controllers and supports multiple system topologies. Figure 3.1.1 shows the processor block diagram. This design has 2.3B transistors and is implemented in 45nm CMOS using metal-gate high-$\kappa$ dielectric transistors and nine Cu interconnect layers [1]. The thermal design power is 130W." 2009 IEEE at 56.<br><br>"The next generation Xeon® server processor consists of eight dual-threaded 64-bit Nehalem cores [1] and an un-core with 24MB of shared last level cache (LLC) [2] This processor is implemented on a 45nm High-K metal gate process technology with 9 layers of metal interconnect [3]."  2009 SVLSIC at 154. |

3

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
|  | <br>Figure 3.1.1: Processor block diagram.<br>2009 IEEE at 57, Fig. 3.1.1. |

4

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | The largest device count reported for a microprocessor 2.3B transistors<br><br>2010 ISCA at 10; *see also* 2009 Hot Chips at 8.<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.A]** a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage | Apple expects to show that the Nehalem 8-Core Processor includes a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal.<br><br>*See, e.g.:* |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| and a first output clock signal of a first phase lock loop (PLL) having a first clock signal as input; | "The next-generation enterprise Xeon® server processor consists of eight dual threaded 64b Nehalem cores and a shared L3 cache. The system interface includes two on-chip memory controllers and supports multiple system topologies. Figure 3.1.1 shows the processor block diagram. This design has 2.3B transistors and is implemented in 45nm CMOS using metal-gate high-κ dielectric transistors and nine Cu interconnect layers [1]. The thermal design power is 130W." 2009 IEEE at 56.<br><br>"The processor clocking architecture includes 16 PLLs, 8 DLLs, and independent clock domains for each of the cores, the un-core including the cache and system interface, as well as the 6 independent I/O regions [3]. Figure 3.1.4 highlights the clock-distribution domains and the clock generators' location in the floorplan. The un-core PLL generates a unified un-core clock that serves the system-interface logic and the last-level cache. The processor cores and independent I/O ports are served by a dedicated PLL that enables independent operating frequencies for each region. The filter-PLL interfaces to the system clock buffer (BCLK) at 133MHz to generate the low-noise on-die reference clocks for all the PLLs. The PLLs are distributed in a balanced fashion to ensure high synchronicity between the independent clock domains at the common BCLK reference edges even when the domains are operating asynchronously at different frequencies. To balance low clock power consumption with good skew performance, the un-core clock distribution relies on vertical and horizontal clock spines with embedded clock compensators controlled by the on-die compensation fuses and state machine to a mixed point-to-point and multiple independent grids for the un-core clock distribution. The post layout simulated skew across all the local clock receivers is under 19ps without any clock compensation engaged. A zone-to-zone skew-budgeting methodology is employed in the un-core timing-verification flow to achieve fast design convergence without compromising design margin." 2009 IEEE at 56.<br><br>"The processor uses four voltage supplies: one for the eight cores, a separate supply for the L3 cache and system level interface, and the third supply for the I/O circuits. The fourth supply provides clean power to the PLLs and on-die thermal sensors. Level shifters are used between voltage domains. The design uses longer- |

6

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | channel devices in non-timing-critical paths to reduce the subthreshold leakage. About 58% of the transistor width in the cores and 85% of the transistor width in un-core (excluding cache arrays) are long-Le. Overall, leakage accounts for about 16% of the total power at the typical process corner." 2009 IEEE at 56.<br><br><br><br>Figure 3.1.4: Clock distribution domains and generators.<br><br>2009 IEEE at 57, Fig. 3.1.4; *see also id.*, Fig. 3.1.1; 2010; ISCA at 11-12; 2009 SVLSIC at Fig. 1. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  2010 ISCA at 18; *see also id.* at 8.<br><br>"The processor has four voltage domains shown in Figure 4 with level shifters used across domain boundaries. Table I lists the operating voltage ranges. To reduce both switching and leakage power, we strive to operate each domain at the lowest possible voltage level." 2009 ESSCIRC at 2; *see also id.* (Table 1).<br><br>"The processor uncore operates at a fixed voltage, typically 0.9V, although some slow parts may be binned as high as 1.1V. The core voltage is variable from 1.1V going as low as 0.85V. The highest voltage is used for the turbo mode, while the lowest voltage is used when all cores are active. The I/O links operate at 1.1V to enable a solid eye opening. The PLL clean supply uses a 1.8V supply from the motherboard which is passed through an on-die filter to power the multiple PLLs and thermal sensors." 2009 ESSCIRC at 2. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | "Figure 9 shows the block diagram of the Power Control Unit (PCU). The PCU contains a micro-controller and several state machines that control the core voltage regulator output and the core power gates, manage the transitions between the different power states and control the detection and response to thermal events. The PCU receives the output of core-level voltage and temperature sensors, as well as the desired power state for each core. The microcontroller computes the voltage ID bits that program the external voltage regulator and the multiplier ratio for the core PLLs. The PCU also manages thermal alerts by reducing voltage and frequency to keep the die temperature within safe reliability limits . In case the temperature or operating voltage exceeds the reliability limit, the PCU will shut down the PLL and the external voltage regulator to protect the processor chip from a catastrophic failure." 2009 ESSCIRC at 3; *see id.* (Fig. 9).<br><br>"Similar to the clocking implemented on the dual core Xeon® processor [4] , the clock design for this processor focuses on design modularity and power efficiency. In this design, the un-core that contains the system interface control and the LLC is served by the UCLK. All the cores operate at the same MCLK frequency although the clock for any un-used cores can be disabled for power savings. The Intel® QuickPath Interconnect (QPI) clocks in the I/O region operate up to 3.2GHz and are specially optimized for low jitter." 2009 SVLSIC at 154; *see also id.* at Table 1.<br><br>"Figure 1 shows the processor clock domain partitions and the placement of the clock generators. The processor has 16 PLLs and 8 DLLs. Specifically, there is one filter PLL, one un-core PLL , eight core PLLs, six I/O PLLs, and eight I/O DLLs,. The PLL architecture is shown in Figure 2. The PLL hierarchy is a two level cascaded topology. The system clock buffer drives a 133MHz differential system clock (BCLK) to the processor which gets converted to single ended CMOS level clock on-die. The filter PLL (FtrPLL) receives and filters the external system clock and generates three low-jitter internal PLL reference clocks at 1X, 2X, and 4X of the system clock (BCLK) frequency. These reference clocks are distributed to the cascaded PLLs in a balanced fashion to achieve minimal skew and to ensure high synchronism between the independent clock domains at the common BCLK reference edges even when the domains are operating pseudo- |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | asynchronously at different frequencies. For a target PLL frequency, the cascaded PLL selects the highest frequency reference clock and the lowest multiplier to minimize the PLL lock time." 2009 SVLSIC at 154; *see also id.* at Fig. 1.<br><br><br>**Figure 2: Processor Clock Generator Hierarchy**<br>2009 SVLSIC at 154.<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.B]** a second set of processor cores of the multi-core processor, wherein each processor core from the | Apple expects to show that the Nehalem 8-Core Processor includes an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal; and | *See, e.g.:*<br><br>"The next-generation enterprise Xeon® server processor consists of eight dual threaded 64b Nehalem cores and a shared L3 cache. The system interface includes two on-chip memory controllers and supports multiple system topologies. Figure 3.1.1 shows the processor block diagram. This design has 2.3B transistors and is implemented in 45nm CMOS using metal-gate high-$\kappa$ dielectric transistors and nine Cu interconnect layers [1]. The thermal design power is 130W." 2009 IEEE at 56.<br><br>"The processor clocking architecture includes 16 PLLs, 8 DLLs, and independent clock domains for each of the cores, the un-core including the cache and system interface, as well as the 6 independent I/O regions [3]. Figure 3.1.4 highlights the clock-distribution domains and the clock generators' location in the floorplan. The un-core PLL generates a unified un-core clock that serves the system-interface logic and the last-level cache. The processor cores and independent I/O ports are served by a dedicated PLL that enables independent operating frequencies for each region. The filter-PLL interfaces to the system clock buffer (BCLK) at 133MHz to generate the low-noise on-die reference clocks for all the PLLs. The PLLs are distributed in a balanced fashion to ensure high synchronicity between the independent clock domains at the common BCLK reference edges even when the domains are operating asynchronously at different frequencies. To balance low clock power consumption with good skew performance, the un-core clock distribution relies on vertical and horizontal clock spines with embedded clock compensators controlled by the on-die compensation fuses and state machine to a mixed point-to-point and multiple independent grids for the un-core clock distribution. The post layout simulated skew across all the local clock receivers is under 19ps without any clock compensation engaged. A zone-to-zone skew-budgeting methodology is employed in the un-core timing-verification flow to achieve fast design convergence without compromising design margin." 2009 IEEE at 56. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
|  | "The processor uses four voltage supplies: one for the eight cores, a separate supply for the L3 cache and system level interface, and the third supply for the I/O circuits. The fourth supply provides clean power to the PLLs and on-die thermal sensors. Level shifters are used between voltage domains. The design uses longer-channel devices in non-timing-critical paths to reduce the subthreshold leakage. About 58% of the transistor width in the cores and 85% of the transistor width in un-core (excluding cache arrays) are long-Le. Overall, leakage accounts for about 16% of the total power at the typical process corner." 2009 IEEE at 56. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | Figure 3.1.4: Clock distribution domains and generators. |
| | 2009 IEEE at 57, Fig. 3.1.4; *see also id.*, Fig. 3.1.1; 2010; ISCA at 11-12; 2009 SVLSIC at Fig. 1. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  2010 ISCA at 18; *see also id*. at 8. "The processor has four voltage domains shown in Figure 4 with level shifters used across domain boundaries. Table I lists the operating voltage ranges. To reduce both switching and leakage power, we strive to operate each domain at the lowest possible voltage level." 2009 ESSCIRC at 2; *see also id.* (Table 1). "The processor uncore operates at a fixed voltage, typically 0.9V, although some slow parts may be binned as high as 1.1V. The core voltage is variable from 1.1V going as low as 0.85V. The highest voltage is used for the turbo mode, while the lowest voltage is used when all cores are active. The I/O links operate at 1.1V to enable a solid eye opening. The PLL clean supply uses a 1.8V supply from the motherboard which is passed through an on-die filter to power the multiple PLLs and thermal sensors." 2009 ESSCIRC at 2. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | "Figure 9 shows the block diagram of the Power Control Unit (PCU). The PCU contains a micro-controller and several state machines that control the core voltage regulator output and the core power gates, manage the transitions between the different power states and control the detection and response to thermal events. The PCU receives the output of core-level voltage and temperature sensors, as well as the desired power state for each core. The microcontroller computes the voltage ID bits that program the external voltage regulator and the multiplier ratio for the core PLLs. The PCU also manages thermal alerts by reducing voltage and frequency to keep the die temperature within safe reliability limits . In case the temperature or operating voltage exceeds the reliability limit, the PCU will shut down the PLL and the external voltage regulator to protect the processor chip from a catastrophic failure." 2009 ESSCIRC at 3; *see id.* (Fig. 9).<br><br>"Similar to the clocking implemented on the dual core Xeon® processor [4] , the clock design for this processor focuses on design modularity and power efficiency. In this design, the un-core that contains the system interface control and the LLC is served by the UCLK. All the cores operate at the same MCLK frequency although the clock for any un-used cores can be disabled for power savings. The Intel® QuickPath Interconnect (QPI) clocks in the I/O region operate up to 3.2GHz and are specially optimized for low jitter." 2009 SVLSIC at 154; *see also id.* at Table 1.<br><br>"Figure 1 shows the processor clock domain partitions and the placement of the clock generators. The processor has 16 PLLs and 8 DLLs. Specifically, there is one filter PLL, one un-core PLL , eight core PLLs, six I/O PLLs, and eight I/O DLLs,. The PLL architecture is shown in Figure 2. The PLL hierarchy is a two level cascaded topology. The system clock buffer drives a 133MHz differential system clock (BCLK) to the processor which gets converted to single ended CMOS level clock on-die. The filter PLL (FtrPLL) receives and filters the external system clock and generates three low-jitter internal PLL reference clocks at 1X, 2X, and 4X of the system clock (BCLK) frequency. These reference clocks are distributed to the cascaded PLLs in a balanced fashion to achieve minimal skew and to ensure high synchronism between the independent clock domains at the common BCLK reference edges even when the domains are operating pseudo- |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
|  | asynchronously at different frequencies. For a target PLL frequency, the cascaded PLL selects the highest frequency reference clock and the lowest multiplier to minimize the PLL lock time." 2009 SVLSIC at 154; *see also id.* at Fig. 1.<br><br><br><br>**Figure 2: Processor Clock Generator Hierarchy**<br><br>2009 SVLSIC at 154.<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.C]** an interface block coupled to the first set of processor cores and also coupled to the second set of | Apple expects to show that the Nehalem 8-Core Processor includes an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. |

16

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. | *See, e.g.*:<br><br>"The next-generation enterprise Xeon® server processor consists of eight dual threaded 64b Nehalem cores and a shared L3 cache. The system interface includes two on-chip memory controllers and supports multiple system topologies. Figure 3.1.1 shows the processor block diagram. This design has 2.3B transistors and is implemented in 45nm CMOS using metal-gate high-κ dielectric transistors and nine Cu interconnect layers [1]. The thermal design power is 130W." 2009 IEEE at 56.<br><br>"The L3 cache is built from eight slices, each having 2048 sets and 24 ways. Each cache line is 64 bytes constructed into 2 chunks. There are a total of 48 sub-arrays in each slice [2], as shown in Fig. 3.1.2. To reduce the L3-cache slice active power, only 3.125% of the arrays are powered up for each access. The data array uses a 0.3816μm2 cell and is protected by inline double-error correction and triple-error-detection (DECTED) ECC scheme with variable latency. Tag arrays are built with a 0.54μm2 cell and are protected by inline single-error-correction and double-error detection (SECDED) ECC scheme with fixed latency. Data array has both column and row redundancy, while the tag arrays have only column redundancy. The L3-cache-redundancy fuses are stored in an on-package serial EEPROM and their values are shifted into on die radiation-hardened storage elements during reset. If any defect occurs in the non-repairable area (such as tag data-path) of a cache slice, the die can still be recovered by disabling the defective slice. Similarly, if a defect falls onto a processor core, the die is recovered by de-featuring the defective core." 2009 IEEE at 56; *see also* 2009 ESSCIRC at 2 ("The shared L3 cache…"). |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | Figure 3.1.2: L3 cache slice. 2009 IEEE at 57, Fig. 3.1.2. |

18

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  |

2010 ISCA at 13.

2009 Hot Chips at 7; *see also id.* at 9-10.

19

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[5]** The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a periphery of the multi-core processor. | Apple expects to show that the Nehalem 8-Core Processor embodies the multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a periphery of the multi-core processor.<br><br>*See, e.g.*:<br><br>"The processor clocking architecture includes 16 PLLs, 8 DLLs, and independent clock domains for each of the cores, the un-core including the cache and system interface, as well as the 6 independent I/O regions [3]. Figure 3.1.4 highlights the clock-distribution domains and the clock generators' location in the floorplan. The un-core PLL generates a unified un-core clock that serves the system-interface logic and the last-level cache. The processor cores and independent I/O ports are served by a dedicated PLL that enables independent operating frequencies for each region. The filter-PLL interfaces to the system clock buffer (BCLK) at 133MHz to generate the low-noise on-die reference clocks for all the PLLs. The PLLs are distributed in a balanced fashion to ensure high synchronicity between the independent clock domains at the common BCLK reference edges even when the domains are operating asynchronously at different frequencies. To balance low clock power consumption with good skew performance, the un-core clock distribution relies on vertical and horizontal clock spines with embedded clock compensators controlled by the on-die compensation fuses and state machine to a mixed point-to-point and multiple independent grids for the un-core clock distribution. The post layout simulated skew across all the local clock receivers is under 19ps without any clock compensation engaged. A zone-to-zone skew-budgeting methodology is employed in the un-core timing-verification flow to achieve fast design convergence without compromising design margin." 2009 IEEE at 56. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | <br>Figure 3.1.4: Clock distribution domains and generators.<br><br>2009 IEEE at 57, Fig. 3.1.4; *see also id.*, Fig. 3.1.1. |

*Redstone Logics LLC v. Apple Inc.*, 7:25-cv-00183-ADA

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | <br>2010 ISCA at 10. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| | <br>2010 ISCA at 18. |

23

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
|  | **Load Adaptive Voltage Regulation**<br><br>Nehalem-EX at 27-28.<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[8]** The multi-core processor of claim 1, wherein the first set of processor cores are located in a first region of the multi-core processor, and the | Apple expects to show that the Nehalem 8-Core Processor embodies the multi-core processor of claim 1, wherein the first set of processor cores are located in a first region of the multi-core processor, and the second set of processor cores are located in a second region of the multi-core processor.<br><br>*See, e.g.:* |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| second set of processor cores are located in a second region of the multi-core processor. |  Figure 3.1.1: Processor block diagram. 2009 IEEE at 57, Fig. 3.1.1. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  |

Figure 3.1.4: Clock distribution domains and generators.

2009 IEEE at 57, Fig. 3.1.4.

To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein.

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| **[9]** The multi-core processor of claim 8, wherein the first region and the second region are overlapping regions of the multi-core processor. | Apple expects to show that the Nehalem 8-Core Processor embodies the multi-core processor of claim 8, wherein the first region and the second region are overlapping regions of the multi-core processor.<br><br>*See, e.g.:*<br><br><br>Figure 3.1.1: Processor block diagram.<br>2009 IEEE at 57, Fig. 3.1.1. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  Figure 3.1.4: Clock distribution domains and generators.<br><br>2009 IEEE at 57, Fig. 3.1.4; *see also* 2010 ISCA at 11.<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| **[10]** The multi-core processor of claim 8, wherein the first region and the second region are non-overlapping regions of the multi-core processor. | Apple expects to show that the Nehalem 8-Core Processor embodies the multi-core processor of claim 8, wherein the first region and the second region are non-overlapping regions of the multi-core processor.<br><br>*See, e.g.:*<br><br><br>Figure 3.1.1: Processor block diagram.<br>2009 IEEE at 57, Fig. 3.1.1. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  Figure 3.1.4: Clock distribution domains and generators. 2009 IEEE at 57, Fig. 3.1.4; *see also* 2010 ISCA at 11. To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| **[14]** The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a common region that is substantially central to the first set of processor cores and the second set of processor cores. | Apple expects to show that the Nehalem 8-Core Processor embodies the multi-core processor of claim 8, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a common region that is substantially central to the first set of processor cores and the second set of processor cores. *See, e.g.*: "The processor clocking architecture includes 16 PLLs, 8 DLLs, and independent clock domains for each of the cores, the un-core including the cache and system interface, as well as the 6 independent I/O regions [3]. Figure 3.1.4 highlights the clock-distribution domains and the clock generators' location in the floorplan. The un-core PLL generates a unified un-core clock that serves the system-interface logic and the last-level cache. The processor cores and independent I/O ports are served by a dedicated PLL that enables independent operating frequencies for each region. The filter-PLL interfaces to the system clock buffer (BCLK) at 133MHz to generate the low-noise on-die reference clocks for all the PLLs. The PLLs are distributed in a balanced fashion to ensure high synchronicity between the independent clock domains at the common BCLK reference edges even when the domains are operating asynchronously at different frequencies. To balance low clock power consumption with good skew performance, the un-core clock distribution relies on vertical and horizontal clock spines with embedded clock compensators controlled by the on-die compensation fuses and state machine to a mixed point-to-point and multiple independent grids for the un-core clock distribution. The post layout simulated skew across all the local clock receivers is under 19ps without any clock compensation engaged. A zone-to-zone skew-budgeting methodology is employed in the un-core timing-verification flow to achieve fast design convergence without compromising design margin." 2009 IEEE at 56. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| |  Figure 3.1.4: Clock distribution domains and generators. 2009 IEEE at 57, Fig. 3.1.4; *see also id.*, Fig. 3.1.1; 2010 ISCA at 11. To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| **[21.PRE]** A multi-core processor, comprising: | To the extent the preamble is limiting, Apple expects to show that the Nehalem 8-Core Processor embodies a multi-core processor.<br><br>*See, e.g.*, limitation [1.PRE].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.A]** a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage from a power control block and a first output clock signal from a first phase lock loop (PLL) having a first clock signal as input in a clock control block; | Apple expects to show that the Nehalem 8-Core Processor includes a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage from a power control block and a first output clock signal from a first phase lock loop (PLL) having a first clock signal as input in a clock control block.<br><br>*See, e.g.*, limitation [1.A]; limitation [5].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.B]** a second set of processor cores of the multi- | Apple expects to show that the Nehalem 8-Core Processor includes a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage from the power control block and a second output clock signal from a second PLL having a second clock signal as input in the clock control block, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal; and | dynamically receive a second supply voltage from the power control block and a second output clock signal from a second PLL having a second clock signal as input in the clock control block, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal.<br><br>*See, e.g.*, limitation [1.B]; limitation [5].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.C]** an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of | Apple expects to show that the Nehalem 8-Core Processor includes an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores.<br><br>*See, e.g.*, limitation [1.C]. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of the Nehalem 8-Core Processor |
|---|---|
| processor cores and the second set of processor cores. | To the extent that Redstone contends that this element is not taught or disclosed by the Nehalem 8-Core Processor, Apple contends that this element is obvious over the Nehalem 8-Core Processor itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |