# EXHIBIT 2

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

**Exhibit 41: Invalidity Claim Chart for U.S. Patent No. 8,549,339**

Apple Inc. hereby contends that the asserted claims are invalid as anticipated by the Intel Westmere 32 nm Processor ("Westmere"), which constitutes a prior art reference under various subsections of 35 U.S.C. § 102 and/or as obvious under 35 U.S.C. § 103 in view of the prior art reference alone, combined with the knowledge of a person of ordinary skill in the art, and/or in combination with other references in Apple's Invalidity Contentions. The chart below discloses how the prior art reference discloses, either expressly or inherently, and/or renders obvious each of the asserted claims.

The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Apple has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Apple reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the Asserted Patent); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions.

This invalidity claim chart is based on Apple's present understanding of the asserted claims and/or Redstone Logics LLC's apparent construction of the claims, as set forth in Redstone's Infringement Contentions. To the extent this invalidity claim chart is based on Redstone's apparent constructions, Apple is not adopting Redstone's apparent constructions, nor is Apple agreeing that any of Redstone's apparent constructions are correct. Apple reserves all rights to advance claim construction positions different from Redstone's apparent constructions.

The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, to the extent Apple asserts that a claim is indefinite, Apple has used its best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references.

Where Apple cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Apple cites to particular text concerning a drawing or figure,

1

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Apple reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Redstone. Apple may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

The structure and operation of the Westmere system is evidenced by at least

As set forth in Apple's Invalidity Contentions, the below contentions apply the prior art in part in accordance with Apple's assumption that Redstone contends the claims are not invalid under 35 U.S.C. § 112. However, Apple's below contentions do not represent Apple's agreement or view as to the meaning, definiteness, written description support for, or enablement of any claim of the Asserted Patent, or that the Asserted Patent properly discloses structures corresponding to functions in any claims. For each dependent claim, the disclosures cited for the claim for which it depends are incorporated by reference.

At present, Apple understands relevant features of the Intel Nehalem 8-Core Processor are described and/or shown in at least:
- Kurd et al., *Westmere: A Family of 32nm IA Processors*, 2010 IEEE International Solid-State Circuits Conference 96 (2010) ("Kurd").

Apple intends to seek additional relevant information from Intel regarding the Nehalem 8-Core Processor and will seasonably amend this chart when it obtains such information.

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| **[1.PRE]** A multi-core processor, comprising: | To the extent the preamble is limiting, Apple expects to show that Westmere embodies a multi-core processor.<br><br>*See, e.g.:* |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | "The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long-Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275μm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171μm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

4

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo. Kurd, FIG. 5.1.7 |

5

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.A]** a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage and a first output clock signal of a first phase lock loop (PLL) having a first clock signal as input; | Apple expects to show that Westmere includes a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage and a first output clock signal of a first phase lock loop (PLL) having a first clock signal as input.<br><br>*See, e.g.*:<br><br>"The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | remains powered and retains each core's critical state. About 60% of the transistor width in the core is long Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a $0.275\mu m2$ 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest $0.171\mu m2$ 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96<br><br>"Figure 5.1.4 illustrates high level clocking architecture. An external 133MHz clock is multiplied by 2×, 4× by a filter PLL and used as reference to the local PLLs. Higher reference clock frequencies maximize computing time by enabling fast frequency transitions and reduce cross-domain clock skews and FIFO latencies by reducing long-term jitter. To minimize penalties due to voltage droops, the PLL implements an adaptive frequency system (AFS) where the PLL adapts to first voltage droops while maintaining constant average frequency. Furthermore, to minimize losses due to process variation and aging-induced degradation the PLL integrates a duty-cycle corrector (DCC). Westmere clock distribution implements several styles to balance performance and power. The cores' clock distribution is pseudo-grid horizontal/vertical spines topology. The uncore uses both point-point H-tree for lightly loaded regions and spine topology for uniform/heavy loaded regions. The QPI transmit clock is pseudo-differential while the receive clock distribution is low-swing fully differential. Several other techniques such as jitter-attenuating DLLs enable robust QPI and DDR timing margins [3]." Kurd, at 96. |

7

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | "Westmere extends the prior generation's DDR3 memory support to include DDR3-LV (low voltage) operation. This requires the memory controller to run at either 1.5V or 1.35V without performance and power degradation. Furthermore, Westmere is implemented in a native "thin gate" logic process with a maximum allowed gate voltage VMAX. The combination of variable supply voltage, high frequency, low power and transistor VMAX < VDD created severe output driver constraints." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

| Processor Name | Process Technology | Number of Cores | L3 Cache Size | Die Size | Transistor Count | Core Voltage Range | TDP Range |
|---|---|---|---|---|---|---|---|
| Nehalem - 4Core | 45 nm | 4 | 8 MB | 262 mm2 | 731 Million | 0.75V- 1.25V | 60-130 Watts |
| Westmere - 6Core | 32 nm | 6 | 12 MB | 240 mm2 | 1.17 Billion | 0.72V- 1.20V | 60-130 Watts |
| Westmere - 2Core | 32 nm | 2 | 4 MB | 78 mm2 | 384 Million | 0.72V- 1.20V | 10-50 Watts |

Kurd, FIG. 5.1.1

9

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Figure 5.1.4: High Level Westmere Clock Architecture.<br>Kurd, FIG. 5.1.4 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo.<br>Kurd, FIG. 5.1.7 |

11

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.B]** a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal; and | Apple expects to show that Westmere includes a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage and a second output clock signal of a second PLL having a second clock signal as input, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal. <br><br> *See, e.g.*: <br><br> "The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96. <br><br> "Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
| --- | --- |
|  | L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96. <br><br> "Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275µm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171µm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 <br><br> "Figure 5.1.4 illustrates high level clocking architecture. An external 133MHz clock is multiplied by 2×, 4× by a filter PLL and used as reference to the local PLLs. Higher reference clock frequencies maximize computing time by enabling fast frequency transitions and reduce cross-domain clock skews and FIFO latencies by reducing long-term jitter. To minimize penalties due to voltage droops, the PLL implements an adaptive frequency system (AFS) where the PLL adapts to first voltage droops while maintaining constant average frequency. Furthermore, to minimize losses due to process variation and aging-induced degradation the PLL integrates a duty-cycle corrector (DCC). Westmere clock distribution implements several styles to balance performance and power. The cores' clock distribution is pseudo-grid horizontal/vertical spines topology. The uncore uses both point-point H-tree for lightly loaded regions and spine topology for uniform/heavy loaded regions. The QPI transmit clock is pseudo-differential while the receive clock distribution is low-swing fully differential. Several other techniques such as jitter-attenuating DLLs enable robust QPI and DDR timing margins [3]." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
|  | "Westmere extends the prior generation's DDR3 memory support to include DDR3-LV (low voltage) operation. This requires the memory controller to run at either 1.5V or 1.35V without performance and power degradation. Furthermore, Westmere is implemented in a native "thin gate" logic process with a maximum allowed gate voltage VMAX. The combination of variable supply voltage, high frequency, low power and transistor VMAX < VDD created severe output driver constraints." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

15

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Figure 5.1.4: High Level Westmere Clock Architecture.<br>Kurd, FIG. 5.1.4 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo. Kurd, FIG. 5.1.7 |

17

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[1.C]** an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. | Apple expects to show that Westmere includes an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores.<br><br>*See, e.g.*:<br><br>"The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
|  | Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96. <br><br> "Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275µm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171µm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 <br><br> "Figure 5.1.4 illustrates high level clocking architecture. An external 133MHz clock is multiplied by 2×, 4× by a filter PLL and used as reference to the local PLLs. Higher reference clock frequencies maximize computing time by enabling fast frequency transitions and reduce cross-domain clock skews and FIFO latencies by reducing long-term jitter. To minimize penalties due to voltage droops, the PLL implements an adaptive frequency system (AFS) where the PLL adapts to first voltage droops while maintaining constant average frequency. Furthermore, to minimize losses due to process variation and aging-induced degradation the PLL integrates a duty-cycle corrector (DCC). Westmere clock distribution implements several styles to balance performance and power. The cores' clock distribution is pseudo-grid horizontal/vertical spines topology. The uncore uses both point-point H-tree for lightly loaded regions and spine topology for uniform/heavy loaded regions. The QPI transmit clock is pseudo-differential while the receive clock distribution is low-swing fully differential. Several other techniques such as jitter-attenuating DLLs enable robust QPI and DDR timing margins [3]." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
|  | "Westmere extends the prior generation's DDR3 memory support to include DDR3-LV (low voltage) operation. This requires the memory controller to run at either 1.5V or 1.35V without performance and power degradation. Furthermore, Westmere is implemented in a native "thin gate" logic process with a maximum allowed gate voltage VMAX. The combination of variable supply voltage, high frequency, low power and transistor VMAX < VDD created severe output driver constraints." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

21

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| |  Figure 5.1.4: High Level Westmere Clock Architecture.<br><br>Kurd, FIG. 5.1.4 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo.<br><br>Kurd, FIG. 5.1.7 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[5]** The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a periphery of the multi-core processor. | Apple expects to show that Westmere embodies the multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a periphery of the multi-core processor. <br><br> *See, e.g.*: <br><br> "The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96. <br><br> "Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275µm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171µm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96<br><br>"Figure 5.1.4 illustrates high level clocking architecture. An external 133MHz clock is multiplied by 2×, 4× by a filter PLL and used as reference to the local PLLs. Higher reference clock frequencies maximize computing time by enabling fast frequency transitions and reduce cross-domain clock skews and FIFO latencies by reducing long-term jitter. To minimize penalties due to voltage droops, the PLL implements an adaptive frequency system (AFS) where the PLL adapts to first voltage droops while maintaining constant average frequency. Furthermore, to minimize losses due to process variation and aging-induced degradation the PLL integrates a duty-cycle corrector (DCC). Westmere clock distribution implements several styles to balance performance and power. The cores' clock distribution is pseudo-grid horizontal/vertical spines topology. The uncore uses both point-point H-tree for lightly loaded regions and spine topology for uniform/heavy loaded regions. The QPI transmit clock is pseudo-differential while the receive clock distribution is low-swing fully differential. Several other techniques such as jitter-attenuating DLLs enable robust QPI and DDR timing margins [3]." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
|  | "Westmere extends the prior generation's DDR3 memory support to include DDR3-LV (low voltage) operation. This requires the memory controller to run at either 1.5V or 1.35V without performance and power degradation. Furthermore, Westmere is implemented in a native "thin gate" logic process with a maximum allowed gate voltage VMAX. The combination of variable supply voltage, high frequency, low power and transistor VMAX < VDD created severe output driver constraints." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

| Processor Name | Process Technology | Number of Cores | L3 Cache Size | Die Size | Transistor Count | Core Voltage Range | TDP Range |
|---|---|---|---|---|---|---|---|
| Nehalem - 4Core | 45 nm | 4 | 8 MB | 262 mm2 | 731 Million | 0.75V- 1.25V | 60-130 Watts |
| Westmere - 6Core | 32 nm | 6 | 12 MB | 240 mm2 | 1.17 Billion | 0.72V- 1.20V | 60-130 Watts |
| Westmere - 2Core | 32 nm | 2 | 4 MB | 78 mm2 | 384 Million | 0.72V- 1.20V | 10-50 Watts |

Kurd, FIG. 5.1.1

27

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Kurd, FIG. 5.1.4 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo.<br>Kurd, FIG. 5.1.7 |

29

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[8]** The multi-core processor of claim 1, wherein the first set of processor cores are located in a first region of the multi-core processor, and the second set of processor cores are located in a second region of the multi-core processor. | Apple expects to show that Westmere embodies the multi-core processor of claim 1, wherein the first set of processor cores are located in a first region of the multi-core processor, and the second set of processor cores are located in a second region of the multi-core processor.<br><br>*See, e.g.*:<br><br>"The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long- |

Redstone Logics LLC v. Apple Inc., 7:25-cv-00183-ADA

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
|  | Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a $0.275\mu m2$ 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest $0.171\mu m2$ 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

32

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo. Kurd, FIG. 5.1.7 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[9]** The multi-core processor of claim 8, wherein the first region and the second region are overlapping regions of the multi-core processor. | Apple expects to show that Westmere embodies the multi-core processor of claim 8, wherein the first region and the second region are overlapping regions of the multi-core processor.<br><br>*See, e.g.*:<br><br>"The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long- |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275μm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171μm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

36

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo. <br><br> Kurd, FIG. 5.1.7 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[10]** The multi-core processor of claim 8, wherein the first region and the second region are non-overlapping regions of the multi-core processor. | Apple expects to show that Westmere embodies the multi-core processor of claim 8, wherein the first region and the second region are non-overlapping regions of the multi-core processor. <br><br> *See, e.g.*: <br><br> "The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96. <br><br> "Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 remains powered and retains each core's critical state. About 60% of the transistor width in the core is long- |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96. <br><br> "Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a 0.275µm2 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest 0.171µm2 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

40

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo. <br><br> Kurd, FIG. 5.1.7 |

41

*Redstone Logics LLC v. Apple Inc.*, 7:25-cv-00183-ADA

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[14]** The multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a common region that is substantially central to the first set of processor cores and the second set of processor cores. | Apple expects to show that Westmere embodies the multi-core processor of claim 1, wherein the first set of processor cores and the second set of processor cores are configured to receive one or more control signals from one or more control blocks located in a common region that is substantially central to the first set of processor cores and the second set of processor cores.<br><br>*See, e.g.*:<br><br>"The Westmere processor is implemented on a high-κ metal-gate 32nm process technology [1] as a compaction of the Nehalem processor family [2]. Figure 5.1.1 shows the 6-core dual-socket server processor and the 2-core single socket processor for mainstream client. This paper focuses on innovations and circuit optimizations made to the 6-core processor. The 6-core design has 1.17B transistors including the 12MB shared L3 Cache and fits in approximately the same die area as its 45nm 4-core 8MB-L3-cache Nehalem counterpart. The core supports new instructions for accelerating encryption/decryption algorithms, speeds up performance under virtualized environments, and contains a host of other targeted performance features." Kurd, at 96.<br><br>"Like Nehalem, Westmere processors implement power gates for cores. Westmere further extends the power gates to L3 cache and the global queues of the uncore. When all cores are powered down, the L3 cache may be partially flushed and the uncore supply lowered to a retention condition through on-die linear regulation. In this intermediate idle condition uncore leakage is reduced while retaining data. In the lowest idle condition, L3 and global queues are entirely flushed and power gated off and a small SRAM appendage to the L3 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | remains powered and retains each core's critical state. About 60% of the transistor width in the core is long Le, while the uncore has a combination of ultralow-leakage transistors and transistors with long Le. Overall, leakage accounts for about 23% of the total power at the typical process corner." Kurd, at 96.<br><br>"Independent supply domains for core and uncore are leveraged to resolve 32nm circuit scaling challenges. Core targets low-voltage operation and optimal voltage and frequency scaling, while the uncore targets circuit density at a fixed voltage. L2 cache per core is 256KB and composed of a $0.275\mu m2$ 6T SRAM targeted for 700mV active VMIN. The shared 12MB L3 cache is composed of densest $0.171\mu m2$ 6T SRAM cells targeted for 900mV active VMIN and 700mV retention, synergistic with the fixed voltage requirement of the un-core. The L3 supply grid optimizes power delivery to the cores by locating the global power gating FET for cores and uncore within the L3 region." Kurd, at 96<br><br>"Figure 5.1.4 illustrates high level clocking architecture. An external 133MHz clock is multiplied by 2×, 4× by a filter PLL and used as reference to the local PLLs. Higher reference clock frequencies maximize computing time by enabling fast frequency transitions and reduce cross-domain clock skews and FIFO latencies by reducing long-term jitter. To minimize penalties due to voltage droops, the PLL implements an adaptive frequency system (AFS) where the PLL adapts to first voltage droops while maintaining constant average frequency. Furthermore, to minimize losses due to process variation and aging-induced degradation the PLL integrates a duty-cycle corrector (DCC). Westmere clock distribution implements several styles to balance performance and power. The cores' clock distribution is pseudo-grid horizontal/vertical spines topology. The uncore uses both point-point H-tree for lightly loaded regions and spine topology for uniform/heavy loaded regions. The QPI transmit clock is pseudo-differential while the receive clock distribution is low-swing fully differential. Several other techniques such as jitter-attenuating DLLs enable robust QPI and DDR timing margins [3]." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | "Westmere extends the prior generation's DDR3 memory support to include DDR3-LV (low voltage) operation. This requires the memory controller to run at either 1.5V or 1.35V without performance and power degradation. Furthermore, Westmere is implemented in a native "thin gate" logic process with a maximum allowed gate voltage VMAX. The combination of variable supply voltage, high frequency, low power and transistor VMAX < VDD created severe output driver constraints." Kurd, at 96. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**



Figure 5.1.1: Westmere 6-Core Dual Socket Server and Westmere 2-Core Client Configurations.

Kurd, FIG. 5.1.1

45

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br><br>Figure 5.1.4: High Level Westmere Clock Architecture.<br><br>Kurd, FIG. 5.1.4 |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | <br>Figure 5.1.7: Westmere 2-Core and 6-Core Die Photo.<br>Kurd, FIG. 5.1.7 |

47

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| | To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.PRE]** A multi-core processor, comprising: | To the extent the preamble is limiting, Apple expects to show that Westmere embodies a multi-core processor.<br><br>*See, e.g.*, limitation [1.PRE].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.A]** a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage from a power control block and a first output clock signal from a first phase lock loop (PLL) having a first clock | Apple expects to show that Westmere includes a first set of processor cores of the multi-core processor, wherein each processor core from the first set of processor cores is configured to dynamically receive a first supply voltage from a power control block and a first output clock signal from a first phase lock loop (PLL) having a first clock signal as input in a clock control block.<br><br>*See, e.g.*, limitation [1.A]; limitation [5].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| signal as input in a clock control block; | |
| **[21.B]** a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage from the power control block and a second output clock signal from a second PLL having a second clock signal as input in the clock control block, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal; and | Apple expects to show that Westmere includes a second set of processor cores of the multi-core processor, wherein each processor core from the second set of processor cores is configured to dynamically receive a second supply voltage from the power control block and a second output clock signal from a second PLL having a second clock signal as input in the clock control block, wherein the first supply voltage is independent from the second supply voltage, and the first clock signal is independent from the second clock signal.<br><br>*See, e.g.*, limitation [1.B]; limitation [5].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |
| **[21.C]** an interface block coupled to the first set of processor cores and also | Apple expects to show that Westmere includes an interface block coupled to the first set of processor cores and also coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. |

*Redstone Logics LLC v. Apple Inc.*, **7:25-cv-00183-ADA**

| Claim Limitation | Exemplary Disclosure(s) of Westmere |
|---|---|
| coupled to the second set of processor cores, wherein the interface block is configured to facilitate communication between the first set of processor cores and the second set of processor cores. | *See, e.g.*, limitation [1.C].<br><br>To the extent that Redstone contends that this element is not taught or disclosed by Westmere, Apple contends that this element is obvious over Westmere itself, the background knowledge and ordinary creativity of a person of skill in the art, and/or one or more of the references disclosed in Apple's cover pleading, for at least the reasons set forth therein. |