**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

        Plaintiff,

    v.

APPLE INC.,

        Defendant.

Case No. 7:25-cv-00183-ADA

**ORDER ON UNOPPOSED MOTION FOR
LEAVE TO AMEND INVALIDITY CONTENTIONS**

    Before the Court is Defendant Apple Inc.'s Unopposed Motion for Leave to Amend Invalidity Contentions.  Having considered the Motion, the Court hereby orders that the Motion is **GRANTED**.

    **IT IS SO ORDERED.**

    SIGNED this _____ day of _____, 2026.

BY THE COURT:

_____
ALAN D. ALBRIGHT
United States District Judge

1