**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| REDSTONE LOGICS LLC, | |
| Plaintiff, | Case No. 7:25-cv-00183-ADA |
| v. | |
| APPLE INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**JOINT STIPULATION REGARDING AMENDMENT TO SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES**

Pursuant to this Court's September 18, 2025, Standing Order Regarding a Joint or Unopposed Request to Change Deadlines, Plaintiff Redstone Logics LLC and Defendant Apple Inc. hereby notify the Court of the stipulated changes to the Scheduling Order, ECF No. 25, to extend certain discovery deadlines as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | August 10, 2026 | August 31, 2026 |
| Opening Expert Reports | September 4, 2026 | September 18, 2026 |
| Rebuttal Expert Reports | October 2, 2026 | October 16, 2026 |
| Close of Expert Discovery | October 23, 2026 | October 30, 2026 |

The extension of the fact discovery deadline to August 31, 2026 is limited to completing party depositions and compliance with third-party subpoenas issued with a compliance date of August 10 or earlier.  It does not extend the deadline to serve any new written discovery, including interrogatories, requests for admission, and requests for production, or any new third-party discovery, which remain governed by the August 10, 2026 deadline, absent good cause.

1

2

Accordingly, any such discovery must be served sufficiently in advance of August 10, 2026 to allow the full response period.

The stipulated extensions are necessary to allow the parties sufficient time to complete outstanding fact discovery, including the taking of party and third-party depositions, and to allow their respective experts adequate time to prepare and exchange reports.  The amended dates do not change the date of any currently scheduled hearing, trial, or other Court date, do not extend any deadline of a final submission that affects the Court's ability to hold any scheduled hearing, trial, or Court event, and do not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date.

Dated: July 23, 2026

/s/ Jonathan Ma

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email : jscheufler@raklaw.com

Qi (Peter) Tong
TX Bar No. 24119042
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

*Attorneys for Plaintiff Redstone Logics LLC*

/s/ Shaelyn K. Dawson

Brian C. Nash (TX Bar No. 24051103)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel.: (512) 617-0654
bnash@mofo.com

Richard S.J. Hung (admitted *pro hac vice*)
Shaelyn Dawson (admitted pro hac vice)
Karina N. Pundeff (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
kpundeff@mofo.com

Scott F. Llewellyn (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
Tel.: (303) 592-2204
sllewellyn@mofo.com

Ryan Malloy (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel.: (213) 892-5200
rmalloy@mofo.com

Sara Doudar (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Tel.: (858) 720-5100
sdoudar@mofo.com

**Counsel for Defendant Apple Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 23, 2026.

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson